# EXHIBIT B



**GAYLORD PALMS™**
RESORT & CONVENTION CENTER
*Florida*

## AMENDMENT TO AGREEMENT
## BETWEEN
## RAMSEY SOLUTIONS
## AND
## GAYLORD PALMS RESORT

**THIS AMENDMENT** (this "Amendment"), made and entered into as of March 27, 2020 (the "Effective Date"), is by and between Gaylord Palms Resort & Convention Center ("Hotel") and Ramsey Solutions ("Group").

**WHEREAS**, Hotel and Group are currently parties to an agreement, dated September 29, 2017 (the "Agreement") with respect to the meeting to be held at the Hotel on May 15 – 21, 2020 (the "Event"); and

**WHEREAS**, the parties desire to amend the Agreement as set forth herein.

**NOW, THEREFORE**, in consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. **Revised Room Block for the Event.** The Hotel will modify the room block reserved by Group for the Event, as set forth under the heading "GUEST SLEEPING ROOM BLOCK" in the Agreement, as follows:

**Original Contracted Room Block (May 15-21, 2020):**

| Room Type | Fri | Sat | Sun | Mon | Tues | Wed | Total |
|---|---|---|---|---|---|---|---|
| | 5/15/20 | 5/16/20 | 5/17/20 | 5/18/20 | 5/19/20 | 5/20/20 | |
| Run of House | - | 38 | 1,054 | 1,054 | 1,054 | 324 | 3,524 |
| Executive Suite | - | 5 | 30 | 30 | 30 | 30 | 125 |
| Deluxe Suite | - | 5 | 30 | 30 | 30 | 30 | 125 |
| Presidential Suite | - | 6 | 6 | 6 | 6 | 6 | 30 |
| Emerald Bay | - | 20 | 200 | 200 | 200 | 50 | 670 |
| Staff | 20 | 41 | 80 | 80 | 80 | 80 | 381 |
| Total | 20 | 115 | 1,400 | 1,400 | 1,400 | 520 | 4,855 |

**Revised Room Block (July 10-16, 2020)**

| Room Type | Fri | Sat | Sun | Mon | Tues | Wed | Total |
|---|---|---|---|---|---|---|---|
| | 07/10/20 | 07/11/20 | 7/12/20 | 7/13/20 | 7/14/20 | 7/15/20 | |
| Run of House | - | 38 | 839 | 839 | 839 | 324 | 2,879 |
| Executive Suite | - | 5 | 30 | 30 | 30 | 30 | 125 |
| Deluxe Suite | - | 5 | 30 | 30 | 30 | 30 | 125 |
| Presidential Suite | - | 6 | 6 | 6 | 6 | 6 | 30 |
| Emerald Bay | - | 20 | 200 | 200 | 200 | 50 | 670 |
| Staff | 20 | 41 | 80 | 80 | 80 | 80 | 381 |
| Total | 20 | 115 | 1,185 | 1,185 | 1,185 | 520 | 4,210 |

## Marriott Confidential and Proprietary Information
The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



GAYLORD PALMS™
RESORT & CONVENTION CENTER
*Florida*

2. **Other Revisions to Agreement.** The Agreement is further modified as follows:

**Original Quote**
M-9SERWB8

**New Quote**
M-KXE7Z2X

**Original Cutoff Date**
Saturday, April 25, 2020

**Revised Cutoff Date**
Saturday June 20, 2020

**Original Food & Beverage Minimum**
$700,000++

**Revised Food & Beverage Minimum**
Hotel is relying on and the Group agrees to provide a minimum of $100.00 per actualized room night per peak night (July 12, 13, and 14) with a minimum not to exceed $400,000

**Deposit Clause**
Hotel will use one hundred percent (100%) of the deposit collected from the May 2020 event for the advance deposit for the July 10-16, 2020 conference.   The deposit will apply to the master bill of July 10-16, 2020 conference.

**Revised Attrition Clause**
Hotel is relying upon Group's use of the Room Night Commitment.  Hotel is waiving attrition for the July 10-16, 2020 conference.

### Original Function Space – May 11- 16, 2020

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| **Friday** | | | | | | | |
| 5/15/2020 | Fri | 6:00 PM | 11:45 PM | General Session | | 1 | Osceola CD/Stage |
| **Saturday** | | | | | | | |
| 5/16/2020 | Sat | 6:00 AM | 11:45 PM | General Session | | 1 | Osceola Ballroom |
| 5/16/2020 | Sat | 6:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 5/16/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |

**Marriott Confidential and Proprietary Information**
The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 5/16/2020 | Sat | 8:00 PM | 11:45 PM | Registration | | 1 | City Hall Lobby |
| **Sunday** | | | | | | | |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | General Session | Schoolroom | 2,000 | Osceola Ballroom |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 5/17/2020 | Sun | 1:00 AM | 11:45 PM | Registration | | 1 | City Hall Lobby |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 2 | | 1 | Captiva |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 3 | | 1 | Daytona |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A-F |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 5/17/2020 | Sun | 6:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 1 | | 1 | St. George #102 |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 2 | | 1 | St. George #104 |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 3 | | 1 | St. George #106 |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 4 | | 1 | St. George #108 |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 5 | | 1 | St. George #114 |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 6 | | 1 | St. George #112 |
| 5/17/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| 5/17/2020 | Sun | 4:00 PM | 10:00 PM | Dessert Reception | Cocktail Rounds | 1 | Coquina Lawn and Fire Pits (Back-up Exhibit Hall A) |
| **Monday** | | | | | | | |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 6 | | 1 | St. George #112 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 5 | | 1 | St. George #114 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 4 | | 1 | St. George #108 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 3 | | 1 | St. George #106 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 2 | | 1 | St. George #104 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 1 | | 1 | St. George #102 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | General Session | Schoolroom | 2,000 | Osceola Ballroom |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



GAYLORD PALMS™
RESORT & CONVENTION CENTER
*Florida*

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 2 | | 1 | Captiva |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold 3 | | 1 | Daytona |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Registration | | 1 | City Hall Lobby |
| 5/18/2020 | Mon | 1:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A-F |
| 5/18/2020 | Mon | 10:00 AM | 10:30 AM | AM Break | Roll-in | 1 | Osceola Lobby |
| 5/18/2020 | Mon | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 2,000 | Osceola Ballroom |
| 5/18/2020 | Mon | 2:30 PM | 3:00 PM | PM Break | Roll-in | 1 | Osceola Lobby |
| **Tuesday** | | | | | | | |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 1 | | 1 | St. George #102 |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 2 | | 1 | St. George #104 |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 3 | | 1 | St. George #106 |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 4 | | 1 | St. George #108 |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 5 | | 1 | St. George #114 |
| 5/19/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 6 | | 1 | St. George #112 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | General Session | Schoolroom | 2,000 | Osceola Ballroom |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 2 | | 1 | Captiva |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold 3 | | 1 | Daytona |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Registration | | 1 | City Hall Lobby |
| 5/19/2020 | Tue | 1:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A-F |
| 5/19/2020 | Tue | 10:00 AM | 10:30 AM | AM Break | Roll-in | 1 | Osceola Lobby |
| 5/19/2020 | Tue | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 2,000 | Osceola Ballroom |
| 5/19/2020 | Tue | 2:30 PM | 3:00 PM | PM Break | Roll-in | 1 | Osceola Lobby |
| 5/19/2020 | Tue | 4:00 PM | 10:00 PM | VIP Reception | | 400 | Emerald Bay Plaza |
| **Wednesday** | | | | | | | |
| 5/20/2020 | Wed | 1:00 AM | 3:00 PM | Hold for growth | | 1 | Exhibit Hall A-F |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 1 | Theatre | 500 | Sun B |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 3 | Theatre | 300 | Sun D |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 2 | Theatre | 300 | Sun C |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Speaker Room | Lounge | 20 | Naples |
| 5/20/2020 | Wed | 1:00 AM | 5:00 PM | Registration | | 1 | City Hall Lobby |
| 5/20/2020 | Wed | 1:00 AM | 11:45 PM | General Session | Schoolroom | 2,000 | Osceola Ballroom |
| 5/20/2020 | Wed | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 5/20/2020 | Wed | 10:00 AM | 10:30 AM | AM Break | Roll-in | 1 | Osceola Lobby |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



GAYLORD PALMS

**RESORT & CONVENTION CENTER**

*Florida*

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 5/20/2020 | Wed | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 2,000 | Osceola Ballroom |
| 5/20/2020 | Wed | 2:30 PM | 3:00 PM | PM Break | Roll-in | 1 | Osceola Lobby |
| **Thursday** | | | | | | | |
| 5/21/2020 | Thu | 1:00 AM | 12:00 PM | Office | Office | 1 | Vero |

## Revised Function Space – July 17-22, 2020

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| **Friday** | | | | | | | |
| 7/10/2020 | Fri | 6:00 PM | 11:45 PM | General Session | | 1 | Osceola CD/Stage |
| **Saturday** | | | | | | | |
| 7/11/2020 | Sat | 1:00 AM | 11:45 PM | General Session | | 1 | Osceola CD/Stage |
| 7/11/2020 | Sat | 6:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 7/11/2020 | Sat | 11:00 AM | 11:45 PM | General Session | | 1 | Osceola AB1-6 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 7/11/2020 | Sat | 7:00 PM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 7/11/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 7/11/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 7/11/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 7/11/2020 | Sat | 8:00 PM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 7/11/2020 | Sat | 8:00 PM | 11:45 PM | Hold 1 | | 1 | Sun A |
| **Sunday** | | | | | | | |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | General Session | Schoolroom | 3,500 | Osceola Ballroom/Stage |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.

Case 3:20-cv-00641   Document 1-2   Filed 07/22/20   Page 8 of 14 PageID #: 47



# GAYLORD PALMS™
## RESORT & CONVENTION CENTER
### Florida

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 7/12/2020 | Sun | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold 2 | | 1 | Captiva |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold 3 | | 1 | Daytona |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 7/12/2020 | Sun | 6:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A |
| 7/12/2020 | Sun | 1:00 PM | 5:00 PM | Registration Break | Roll-in | 2,000 | Coquina Lawn |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 1 | | 1 | St. George #102 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 2 | | 1 | St. George #104 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 3 | | 1 | St. George #106 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 4 | | 1 | St. George #108 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 5 | | 1 | St. George #114 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Team Meeting 6 | | 1 | St. George #112 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 1 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Palm Beach Room |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 2 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 3 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 4 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 5 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 7 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 8 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald 6 |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Sanchez Boardroom |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Emerald Patio |
| 7/12/2020 | Sun | 1:00 PM | 11:45 PM | Holding Room | | 1 | Hemingway Boardroom |
| 7/12/2020 | Sun | 7:00 PM | 11:45 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| **Monday** | | | | | | | |
| 7/13/2020 | Mon | 1:00 AM | 10:00 AM | Hold 2 | | 1 | Captiva |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Palm Beach Room |

## Marriott Confidential and Proprietary Information

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 6 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 7 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 8 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Castillo Fort |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Hemingway Boardroom |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Sanchez Boardroom |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald Patio |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 3 | | 1 | Daytona |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 6 | | 1 | St. George #112 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald Bay Plaza |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 1 | | 1 | St. George #102 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 1 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 2 | | 1 | St. George #104 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 3 | | 1 | St. George #106 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 4 | | 1 | St. George #108 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Team Meeting 5 | | 1 | St. George #114 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 2 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 3 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 4 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 5 |

## Marriott Confidential and Proprietary Information

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|---|---|---|---|---|---|---|---|
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | General Session | Schoolroom | 3,500 | Osceola Ballroom/Stage |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 7/13/2020 | Mon | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 7/13/2020 | Mon | 8:00 AM | 5:00 PM | Registration Break | Roll-in | 2,000 | Coquina Lawn |
| 7/13/2020 | Mon | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 3,650 | Osceola Ballroom/Stage |
| 7/13/2020 | Mon | 4:00 PM | 11:59 PM | Reception | | 400 | South Beach Pool |
| 7/13/2020 | Mon | 6:00 PM | 9:00 PM | Private ELP/SV Reception Restaurant Dinner | | 80 | Old Hickory - Mango Grove Cabin & Patio |
| | | | | **Tuesday** | | | |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Hold 3 | | 1 | Daytona |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 1 | | 1 | St. George #102 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Holding Room | | 1 | Palm Beach Room |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Holding Room | | 1 | Castillo Fort |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 6 | | 1 | St. George #112 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 5 | | 1 | St. George #114 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 4 | | 1 | St. George #108 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 3 | | 1 | St. George #106 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Team Meeting 2 | | 1 | St. George #104 |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Holding Room | | 1 | Hemingway Boardroom |
| 7/14/2020 | Tue | 1:00 AM | 6:00 PM | Holding Room | | 1 | Sanchez Boardroom |
| 7/14/2020 | Tue | 1:00 AM | 10:00 PM | Team Meeting 7 | | 1 | Orange Blossom Ballroom |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 4 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 5 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 6 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 7 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 8 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald Patio |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold 4 | | 1 | Miami |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold 7 | | 1 | Flagler |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold for growth | | 1 | Exhibit Hall A |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald Bay Plaza |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 1 |

**Marriott Confidential and Proprietary Information**

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



**GAYLORD PALMS™**

RESET & CONVENTION CENTER

*Florida*

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 5 | Conference | 20 | Gainesville 1 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 3 | Theatre | 300 | Sun D |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 2 | Theatre | 300 | Sun C |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 4 | Lounge | 200 | Sun 1-6 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 6 | Conference | 20 | Gainesville 2 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | General Session | Schoolroom | 3,500 | Osceola Ballroom/Stage |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Speaker Room | Lounge | 20 | Naples |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 2 |
| 7/14/2020 | Tue | 1:00 AM | 11:45 PM | Holding Room | | 1 | Emerald 3 |
| 7/14/2020 | Tue | 9:00 AM | 11:45 PM | Registration Break | Roll-in | 2,000 | Coquina Lawn |
| 7/14/2020 | Tue | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 3,650 | Osceola Ballroom/Stage |
| **Wednesday** | | | | | | | |
| 7/15/2020 | Wed | 1:00 AM | 3:00 PM | Hold for growth | | 1 | Exhibit Hall A |
| 7/15/2020 | Wed | 1:00 AM | 5:00 PM | Hold 7 | | 1 | Flagler |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 5 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 6 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 7 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 8 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Breakout 7 | Conference | 20 | Destin 1 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Breakout 10 | Schoolroom | 20 | Sarasota 2 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Breakout 11 | Schoolroom | 20 | Sarasota 3 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 3 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Breakout 8 | Conference | 20 | Destin 2 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Breakout 9 | Schoolroom | 20 | Sarasota 1 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Speaker Room | Lounge | 20 | Naples |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald Bay Plaza |

## Marriott Confidential and Proprietary Information

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed, distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



**GAYLORD PALMS™**
RESORT & CONVENTION CENTER
*Florida*

| Date | Day | Start | End | Function | Setup | # Ppl | Function Space |
|------|-----|-------|-----|----------|-------|-------|----------------|
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 1 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 2 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald 4 |
| 7/15/2020 | Wed | 1:00 AM | 6:00 PM | Holding Room | | 1 | Emerald Patio |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Hold 1 | | 1 | Sun A |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Breakout 13 | Schoolroom | 20 | Tampa 2 |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Breakout 14 | Schoolroom | 20 | Tampa 3 |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Breakout 12 | Schoolroom | 20 | Tampa 1 |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Office | Office | 1 | Vero |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Hold 6 | | 1 | Tallahassee |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | General Session | Schoolroom | 3,500 | Osceola Ballroom/Stage |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Hold 5 | | 1 | Sanibel |
| 7/15/2020 | Wed | 1:00 AM | 11:45 PM | Breakout 1 | Theatre | 500 | Sun B |
| 7/15/2020 | Wed | 9:00 AM | 5:00 PM | Registration Break | Roll-in | 2,000 | Coquina Lawn |
| 7/15/2020 | Wed | 11:00 AM | 12:00 PM | Lunch | Schoolroom | 3,650 | Osceola Ballroom/Stage |
| **Thursday** | | | | | | | |
| 7/16/2020 | Thu | 1:00 AM | 12:00 PM | Office | Office | 1 | Vero |

3. **Cancellation Policy**: should group cancel the July 10-15, 2020 conference, the calculation will be based upon the original contracted room block and F&B minimum.

4. **Additional Impossibility Language:**
Should the federal agency responsible for public health, emergency preparedness and infectious disease control and prevention in the country where the hotel is located (i.e., the Centers for Disease Control and Prevention in the U.S. or the Public Health Agency of Canada) issue a travel advisory, notice, or warning at any time within the 30 day period prior to the first arrival date of the Event that specifically advises travelers to avoid all non-essential travel to the specific city in which the Hotel is located, and should Group have suspended all of its business operations in the city where the Hotel is located or, if Group has no business operations in the city where the Hotel is located, has otherwise recommended that its attendees not travel to the city for any non-essential reason, then Group may contact the Hotel in order for the parties to engage in discussions regarding the scope of the advisory, notice, or warning. The parties agree to negotiate in good faith to resolve any concerns raised as a result of the advisory, notice, or warning and to enter into such amendments of this Agreement as may be necessary to reasonably accommodate both parties' interests (such as an adjustment to the performance (attrition) clauses of this Agreement or the addition of a re-book clause to the Agreement).

## Marriott Confidential and Proprietary Information

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclose distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.



**5. Other Terms.** The terms and provisions set forth in this Amendment shall modify and supersede all inconsistent terms and provisions set forth in the Agreement, and, except as expressly modified and superseded by this Amendment, the terms and provisions of the Agreement are ratified and confirmed and shall continue in full force and effect. The parties hereto agree that the Agreement, as amended hereby, shall continue to be legal, valid, binding and enforceable in accordance with its terms. This Amendment may be executed simultaneously in one or more counterparts and/or by facsimile.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be entered into as of the date first set out above by themselves or their duly authorized representatives. To signify your approval, please sign a copy of this letter and return by **April 3, 2020** to bchandler@gaylordhotels.com.

| **RAMSEY SOLUTIONS** | **GAYLORD PALMS RESORT** |
|---|---|
| Name (Print): *Joe Leavitt* | Name (Print): Britney Chandler |
| Title: *Dir Event Productions* | Title: Senior Sales Executive |
| Signature: *[signature]* | Signature: *Britney Chandler* |
| Date: *4/2/2020* | Date: 4/2/2020 |

## Marriott Confidential and Proprietary Information

The contents of this material are confidential and proprietary to Marriott International, Inc. and are not to be reproduced, disclosed distributed or used without the expressed permission of an authorized representative of Marriott. Any other use is expressly prohibited.