# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO FROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 3:20−cv−00641<br>)<br>) |
| v. | )<br>) |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; and MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

Defendants Marriott Hotel Services, Inc. and Marriott International, Inc., by and through counsel, respectfully seek an Order giving both Defendants through August 28, 2020 within which to file an Answer or other responsive pleading. Undersigned counsel has conferred with Plaintiff's counsel, who has no opposition to this motion.

Dated: August 14, 2020

Respectfully submitted,

/s/ *Stephen J. Zralek*
Stephen J. Zralek, No. 18971
BONE McALLESTER NORTON PLLC
511 Union St., Ste. 1600
Nashville, TN 37219
Telephone: (615) 780-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com

and

> Steven M. Rudner, *pro hac vice* forthcoming
> John C. Josefsberg, *pro hac vice* forthcoming
> RUDNER LAW OFFICES
> 12740 Hillcrest Road, Suite 240
> Dallas, TX 75230
> Telephone: (214) 373-1900
> Facsimile: (214) 360-7845
> Rudner@HotelLawyers.com
> josefsberg@HotelLawyers.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of this document via CM/ECF on August 14, 2020 on:

> Jennifer Altman, Esq.
> Markenzy Lapointe, Esq.
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 600 Brickell Avenue, Suite 3100
> Miami, FL 33131
> Jennifer.altman@pillsburylaw.com
> Markenzy.lapointe@pillsburylaw.com
>
> Ashley E. Cowgill, Esq.
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 500 Capitol Mall, Suite 1800
> Sacramento, CA 95814
> ashley.cowgill@pillsburylaw.com

/s/ *Stephen J. Zralek*