IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED for extension to 8/28/2020.

| | |
|---|---|
| THE LAMPO FROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, | ) ) ) ) |
| Plaintiff, | ) ) Case No.: 3:20−cv−00641 |
| v. | ) ) ) |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; and MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**

Defendants Marriott Hotel Services, Inc. and Marriott International, Inc., by and through counsel, respectfully seek an Order giving both Defendants through August 28, 2020 within which to file an Answer or other responsive pleading. Undersigned counsel has conferred with Plaintiff's counsel, who has no opposition to this motion.

Dated: August 14, 2020

Respectfully submitted,

/s/ *Stephen J. Zralek*
Stephen J. Zralek, No. 18971
BONE McALLESTER NORTON PLLC
511 Union St., Ste. 1600
Nashville, TN 37219
Telephone: (615) 780-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com