# EXHIBIT E



Steven M. Rudner

August 26, 2020

*By First Class US Mail certified mail*
*Return Receipt Requested and*
*email to jennifer.altman@pillsburylaw.com*
Ms. Jennifer Altman
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

        Re:    Case No. 3:20-cv-00641
                The Lampo Group, LLC, et al
                v
                Marriott Hotel Services, Inc., et al

Dear Ms. Altman:

As you are aware, Marriott previously invoiced the cancellation fees for Gaylord Palms, Gaylord Texan and Gaylord Rockies. All three properties calculated the cancellation fee using a combination of contracted Run of the House / Staff Room rates rather than the contracted rates for all room types, as specified in the cancellation provisions of the subject contracts. Attached please find revised invoices, the payment of which, including interest, is governed by the contracts between the parties.

Please do not hesitate to contact me with any questions.

                                    Sincerely,

                                      Steven M. Rudner

12740 Hillcrest Road . Suite 240 . Dallas . Texas . 75230 . Main 214.373.1900 . email. rudner@hotellawyers.com



GAYLORD PALMS®

Ramsey Solutions                                                    August 21, 2020

INVOICE

| Account Number | 107032020 |
|---|---|

| Code | Description | Charge |
|---|---|---|

**Cancellation Fee -  M-KXE7Z2X**

Room  - Cancellation Fee                                                        1,346,550.00

F&B - Cancellation Fee                                                           525,000.00

| SUBTOTAL | $1,871,550.00 |
|---|---|

Advance Deposit Payment Received                                      ($1,212,950.45)

| TOTAL | $658,599.55 |
|---|---|

PLEASE REMIT PAYMENT TO:
GAYLORD PALMS RESORT & CONVENTION CENTER
ACCOUNTING DEPARTMENT
6000 W. OSCEOLA PARKWAY  KISSIMMEE, FLORIDA 34746



# GAYLORD TEXAN™

### RESORT & CONVENTION CENTER

*on Lake Grapevine*

| COMPANY | Ramsey Solutions EntreLeadership Summit 2021 | | Date | 8/26/20 |
|---|---|---|---|---|
| ADDRESS | 1749 Mallory Lane | | Event Date | 5/15/21-5/21/21 |
| | Brentwood, TN | | Invoice # | M-A3D9XGL |
| TELEPHONE | 877-410-3283 x5503 | | **Due Date** | 9/25/20 |
| ATTN: | Joe Leavitt | | | |

| DATE | DESCRIPTION OF CHARGES | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | Meeting Dates: 5/15/21-5/21/21 | | | |
| 8/26/20 | Contracted Rooms Revenue<br>75% Total Room Revenue | $1,141,661.55 | | |
| 8/26/20 | Contracted Food and Beverage<br>$700,000 x 50% | $350,000.00 | | |
| | Mail payment to: Gaylord Hotel Texan<br>Attn: Accounting Department<br>1501 Gaylord Trail<br>Grapevine, TX 76051 | | | |
| | *Balance Due* | | | $1,491,661.55 |

# GAYLORD ROCKIES™

RESORT & CONVENTION CENTER

*Colorado*

**Ramsey Solutions**
Attention: Joe Leavitt
1749 Mallory Lane
Brentwood, TN
877-410-3283 x5503

| | |
|---|---|
| Invoice No. | M-AF1EDBD |
| Invoice Date | 08/26/20 |
| Due Date | 09/25/20 |

| Dept. | Description | | | Amount |
|---|---|---|---|---|
| | **REVISED GUESTROOM CANCELLATION**<br>*40% of Total Room Revenue* | | | $ 656,633.20 |
| | **FOOD & BEVERAGE/RENTAL CANCELLATION**<br>*0% of F&B Revenue* | | | $ - |
| | Rooms - City Lodger's Tax (8.00%)<br>Rooms - State Lodger's Tax (4.75%) | | | $ -<br>$ - |
| | **LESS: Deposits Paid**<br>PMS Account: | | | $ - |
| | **GRAND TOTALS:** | | $ - | $ 656,633.20 |

**TOTAL DUE:** $ 656,633.20

**Please Remit Payment To:**
Gaylord Rockies Resort & Convention Center
Attention: Alex Vassilaros
6700 N. Gaylord Rockies Blvd.
Aurora, CO 80019
phone: 720-574-1422

**Wire Instructions:**
Bank of America
Account Name: Marriott Hotel Services, Inc
Account #: 4427321083
ACH Routing: 111000012
Wire (Origination and Receiving: 026009593