# EXHIBIT G

**From:** Joe Leavitt <joel@daveramsey.com>
**Date:** July 22, 2020 at 8:07:57 AM CDT
**To:** "Story, Lori" <Lori.Story@Gaylordhotels.com>
**Subject: Gaylord Texan and Rockies**


Lori –

Hope this finds you well. This email will serve as official notice of cancelation for the events booked at the Gaylord Texan in 2021 and Gaylord Rockies in 2022. Upon signing our multi-year deal we asked for, and given, a performance clause provision. This provision was designed to insure that we would be 100% satisfied with our event at The Palms before moving on to future years. The event did not actualize at the Palms so we have no ability to judge or base the performance of the Palms. Due to the inability to produce our event at the Gaylord Palms we are exercising the performance clause that will cancel, at no penalty, our agreements for 2021 and 2022 with Gaylord Texan and Gaylord Rockies.


Joe Leavitt
Director Event Production
Ramsey Solutions