# EXHIBIT H



July 23, 2020

Steven M. Rudner

By email to joel@daveramsey.com
Mr. Joel Leavitt
Director
Event Production
Ramsey Solutions

Re: Gaylord Texan/ Ramsey Solutions
Gaylord Rockies / Ramsey Solutions

Dear Mr. Leavitt:

It is my honor and privilege that the Gaylord Texan and Gaylord Rockies are among the thousands of fine hotels and resorts throughout the world which our law firm represents in regard to meetings and conventions-related issues. The hotels have forwarded to me your email dated July 22, canceling your 2021 event at the Texan and your 2022 event at the Rockies.

Your cancellation is based on the performance clause contained in the contracts. The language of the clause on which you rely provides that it can only be invoked if, after you have held an event, you detail material service or performance issues. Having elected to cancel your meeting at the Gaylord Palms, you certainly will not be able to detail any material service or performance issues on that hotel's part, and for this (as well as many other reasons), the performance clause does not permit the cancellation of the two other events. As a result, your cancellations of those events are breaches of contract, for which damages are due in accordance with the liquidated damages provisions of the contracts. Attached please find invoices for those cancellations, in the amount of $1,383,507.80 for the Texan and $562,357.60 for the Rockies.

If you would prefer to retract the cancellations and proceed with the Texan and Rockies event as contracted, the hotels will allow you to do so provided that you confirm your intention to do so within one week of today's date.

If you do not retract the cancellations as specified above, please tender payment on the two invoices at your earliest opportunity, and no longer than the period allowed by the contracts.

Feel free to contact me if you have any questions.

Sincerely,

Steven M. Rudner

12740 Hillcrest Road . Suite 240 . Dallas . Texas . 75230 . Main 214.373.1900 . email. rudner@hotellawyers.com



# GAYLORD TEXAN
## RESORT & CONVENTION CENTER
### on Lake Grapevine

| COMPANY | Ramsey Solutions EntreLeadership Summit 2021 | | Date | 7/22/20 |
|---|---|---|---|---|
| ADDRESS | 1749 Mallory Lane | | Event Date | 5/15/21-5/21/21 |
| | Brentwood, TN | | Invoice # | M-A3D9XGL |
| TELEPHONE | 877-410-3283 x5503 | | **Due Date** | 8/21/20 |
| ATTN: | Joe Leavitt | | | |

| DATE | DESCRIPTION OF CHARGES | DEBITS | CREDITS | BALANCE |
|---|---|---|---|---|
| | Meeting Dates: 5/15/21-5/21/21 | | | |
| 7/22/20 | Contracted Rooms Revenue<br>4755 Room Nights x $239 x 75%<br>670 Lone Star Tower Room Nights x $279 x 75%<br>381 Staff Room Nights x $143.40 x 75% | $1,033,507.80 | | |
| 7/22/20 | Contracted Food and Beverage<br>$700,000 x 50% | $350,000.00 | | |
| | Mail payment to: Gaylord Hotel Texan<br>Attn: Accounting Department<br>1501 Gaylord Trail<br>Grapevine, TX 76051 | | | |
| | *Balance Due* | | | $1,383,507.80 |



# GAYLORD ROCKIES™
RESORT & CONVENTION CENTER
*Colorado*

**Ramsey Solutions**
Attention: Joe Leavitt
1749 Mallory Lane
Brentwood, TN
877-410-3283 x5503

| Invoice No. | M-AF1EDED |
|---|---|
| Invoice Date | 07/22/20 |
| Due Date | 08/21/20 |

| Dept. | Description | | | Amount |
|---|---|---|---|---|
| | **GUESTROOM CANCELLATION** *40% of Room Revenue* | | | $ 562,357.60 |
| | **FOOD & BEVERAGE/RENTAL CANCELLATION** *0% of F&B Revenue* | | | $ - |
| | Rooms - City Lodger's Tax (8.00%) | | | $ - |
| | Rooms - State Lodger's Tax (4.75%) | | | $ - |
| | **LESS: Deposits Paid** PMS Account: | | | $ - |
| | **GRAND TOTALS:** | | $ - | $ 562,357.60 |

**TOTAL DUE:** $ 562,357.60

**Please Remit Payment To:**
Gaylord Rockies Resort & Convention Center
Attention: Alex Vassilaros
6700 N. Gaylord Rockies Blvd.
Aurora, CO 80019
phone: 720-574-1422

**Wire Instructions:**
Bank of America
Account Name: Marriott Hotel Services, Inc
Account #: 4427321083
ACH Rounting: 111000012
Wire (Origination and Receiving: 026009593