# EXHIBIT I



# GAYLORD ROCKIES
### RESORT & CONVENTION CENTER
*Colorado*

## GROUP SALES AGREEMENT

### DESCRIPTION OF GROUP AND EVENT
The following represents an agreement between: **Gaylord Rockies Resort and Convention Center** (the "Hotel") and **Ramsey Solutions** (the "Group") and outlines specific conditions and services to be provided.

ORGANIZATION:         Ramsey Solutions
CONTACT:
    Name:                 Joe Leavitt
    Job Title:            Director of Event Production
    Street Address:     1749 Mallory Lane
    City, State, Zip:    Brentwood, TN
    Phone Number:     877-410-3283 x5503
    E-mail Address:    joel@daveramsey.com

NAME OF EVENT:            Ramsey Solutions EntreLeadership Summit May2022
QUOTE #:                     M-AF1EDBD
OFFICIAL PROGRAM DATES:   Friday May 20th, 2022 – Thursday, May 26th, 2022
ANTICIPATED ATTENDANCE:   2,000

### GUEST ROOM COMMITMENT
The Hotel agrees that it will provide, and Group agrees that it will be responsible for utilizing, **5,131** room nights in the pattern set forth below (such number and such pattern, the "Room Night Commitment"):

| Day | Date | Presidential Suite | Deluxe Suite | Executive Suite | Staff Rooms | Mountain View | Run of House | Total Rooms |
|---|---|---|---|---|---|---|---|---|
| Fri | 5/20/22 | - | - | - | 20 | - | - | 20 |
| Sat | 5/21/22 | 6 | 5 | 5 | 25 | 20 | 69 | 130 |
| Sun | 5/22/22 | 6 | 30 | 30 | 80 | 200 | 1129 | 1475 |
| Mon | 5/23/22 | 6 | 30 | 30 | 80 | 200 | 1129 | 1475 |
| Tue | 5/24/22 | 6 | 30 | 30 | 80 | 200 | 1129 | 1475 |
| Wed | 5/25/22 | 6 | 30 | 30 | 50 | 50 | 390 | 556 |
| Total Rooms | | 30 | 125 | 125 | 335 | 670 | 3846 | 5,131 |

We will reserve the room block noted above until **Friday, December 22, 2017**. Due to the very high demand we anticipate over these dates, the Hotel reserves the right to release your first option if we have not received the signed copies of the Agreement verifying confirmation by this time. In the event we have a definite request for these dates prior to your option date, we will contact you for a decision. You will have **three (3) business days** to either return the signed contract, or release the option.

### GROUP ROOM RATES
The confirmed net, non-commissionable per night room rate for the 2022 Event will be:

    Single/Double:        $274.00
    Staff:                 $164.40
    *Mountain View:*      $399.00
    *Executive Suites:*    $625.00
    *Deluxe Suites:*       $850.00
    *Presidential Suites:*  $2700.00

Applicable fees & taxes will be added to room rates. The total collection is presently 15.25%, which includes the Aurora Lodging tax (8%), Colorado State tax (2.9%), Adams County tax (0.75%), Cultural District tax (0.10%), RTD Commuter Rail tax (1.0%), and Property Improvement Fee (2.5%).

Subject to availability, Group rates will apply three (3) days prior to, and three (3) days following, the dates of the Event. Each additional person to a room is $20.00. Children twelve (12) years and under are free when occupying the same room as their parents.

## RESORT FEE

The prevailing resort fee, currently $20.00 plus applicable taxes, will be added to the guest room rate. This fee will cover several in-room amenities which at the time of check-in will include:

- High-speed internet access in all guest rooms
- Complimentary use of the basketball & tennis courts
- Local, toll-free and domestic long-distance phone calls
- Complimentary use of hotel bicycles
- Complimentary ski equipment storage
- Two bottles of purified water
- Scheduled shuttle service from commuter rail stop
- Complimentary access to on property water amenities

Please note that the parking fee is currently $24.00 for self-parking and $30.00 for valet parking plus applicable tax, currently 8%.

## REWARDS PROGRAM - REWARDING EVENTS

Approximately (10) business days after the conclusion of the Event (provided that the Event is not cancelled and Group has otherwise complied with the material terms and conditions of this Agreement), the Hotel will either award Points or submit an award for airline miles to the Member(s) identified below:

Rewarding Events does not apply to Events booked by or on behalf of any governmental entity, including any federal, state or local agency or any other governmental body, and hotels may not award Points or airline miles to a government employee (or an intermediary booking on behalf of a governmental entity) in connection with the Rewarding Events program or otherwise in connection with planning, scheduling or contracting for an Event.

## CHECK ONE OPTION BELOW:

☐ Award Points to the Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement)
   Member Name _____
   Rewards Program Member Number _____

☐ Award Airline Miles to the Contact (as identified on page 1 of this Agreement or the Authorized Signer of this Agreement)
   Member Name _____
   Rewards Program Member Number _____
   Airline frequent flier account number _____
   Name of airline _____

☐ Decline to Award Points or Airline Miles
   The Contact and the Authorized Signer of this Agreement elect not to receive (and hereby waive the right to receive) an award of Points or airline miles in connection with the Event.

The number of Points or airline miles to be awarded shall be determined pursuant to the Rewards Program Terms and Conditions, as in effect at the time of award. The Rewards Program Terms and Conditions are available on-line at marriottrewards.com, and may be changed at the sole discretion of the Rewards Program at any time and without notice.

The individual(s) identified above to receive either Points or airline miles may not be changed without such individual(s)' prior written consent. By inserting the airline mileage account information, the recipient elects to receive airline miles rather than Points. All Rewards Program Terms and Conditions apply.

## METHOD OF RESERVATIONS

Please indicate which of the following procedures will be used by your group:

☒ Individual Reservations for the Event will be made by individual attendees

_X_ Rooming List *for staff & VIPs*

At the Group's request, Hotel's transient in-house guest list will be compared with the Group's registration list. Any guest room occupied by an individual on Group's registration list, but not coded to Group within Hotel's system, will be credited to Group's final pickup.

If names are found on the Group's registration list and on the Hotel's transient in-house list that are not coded to the group, they shall be credited to the Group hotel pickup (regardless of room rate). This credit may increase the Group pickup as well as possibly increasing the complimentary credits earned.

Hotel will provide Group a weekly guestroom pick-up report starting 45 days prior to the established cut-off date.

## GROUPMAX SYSTEM/PASSKEY - HOUSING OPTION
Gaylord Rockies Resort & Convention Center currently offers you the services of GroupMax/Passkey – an online group reservation management solution that allows meeting planners a 24-hour real-time visibility into room pickup, registration activity, and more. We can also create a custom web page for your group that allows attendees to book rooms, request special services and make last-minute changes, all maintained in a centralized database accessible only to the hotel and the meeting planner.

Passkey is currently available on a complimentary basis. Ask your Sales or Event Manager at Gaylord Rockies Resort & Convention Center for more information on this exciting technology.

## GUARANTEED RESERVATIONS
All reservations must be accompanied by a first night room deposit or be guaranteed by **Ramsey Solutions**. Hotel will not hold any reservations unless secured by one of the above methods. Credit cards will be charged prior to arrival.

If rooms are not guaranteed to the Group's master account, a deposit equal to one night's stay is required to hold each individual's reservation. Should a guest cancel a reservation, the deposit will be refunded if notice is received at least three (3) working days prior to arrival, and a cancellation number is obtained.

## NO ROOM TRANSFER BY GUEST
Group agrees that neither Group nor attendees of the Event nor any intermediary shall be permitted to assign any rights or obligations under this Group Sales Agreement, or to resell or otherwise transfer to persons not associated with Group reservations for guestrooms, meeting rooms or any other facilities made pursuant to this Group Sales Agreement.

## CUTOFF DATE
Reservations by attendees must be received on or before **Friday, April 29, 2022**. At the Cutoff Date, Hotel will review the reservation pick up for the Event, release the unreserved rooms for general sale, and determine whether it can accept reservations based on a space and rate available basis at the **Ramsey Solutions** group rate after this date.

## CHECK-OUT TIME
Check-in time is 4:00 p.m. local time. Check-out time is 11:00 a.m. local time. Anyone checking out after 11:00 a.m. local time may incur late charges. Special arrangements can be made for late check-outs based on availability, and/or luggage can be stored for individuals with later departures.

## COMPLIMENTARY POLICY
kWe are pleased to extend to your group one complimentary single room (unit) per every 45 rooms utilized at the group rate during your meeting. Any rooms with rates discounted below the group rate will not be calculated in the complimentary allotment. This number is determined by the actual rooms occupied by your group each night, divided by 45.

The following suites have a value of more than one unit:
  Presidential Suite:     - 6 single rooms
  Deluxe Suite:           - 4 single rooms
  Executive Suite:        - 3 single rooms

## SPECIAL INCENTIVES
In consideration of the Room Night Commitment and the functions identified on the Function Information Agenda/Event Agenda, Hotel will provide **Ramsey Solutions** with the following special concessions:

- One (1) Complimentary Presidential Suite will be reserved for Dave Ramsey over the meeting dates, as outlined in the room block grid

- Up to thirty (30) Deluxe Suite upgrades will be offered at Group Rate for VIPs/Speakers, as outlined in the room block grid
- Up to thirty (30) Executive Suite upgrades will be offered at Group Rate for VIPs/Speakers, as outlined in the room block grid
- Twenty (20) Celebrity Services Status for designated recipients (some will be modified)
- Up to 200 Mountain View Room upgrades at the group rate of $274.00, as outlined in the room block grid
- Up to 80 Staff Rooms at a discounted rate of $164.40 (40% off group rate), as outlined in the room block grid
- Complimentary valet for up to 20 Staff Members
- Complimentary VIP round trip airport transfers to/from DIA for up to 10 Speakers/VIPs
- Complimentary AM/PM Office breaks for up to 20 staff members, in Staff Office
- $5,000.00 flat fee for power requirements (NOT including service charge or labor)
- Wi-Fi Package $65,000.00 (Plus Tax & Service Charge):
  - 200 Mbps Dedicated Bandwidth, to be allocated across up to 3 VLANs / SSIDs
  - Up to 30 Static IP Addresses
  - Up to 20 Wired Drops
- Access to in house lighting in General Session complimentary (Value $780.00++ per day)
- Ten Percent (10%) Discount off current year banquet menu pricing (does not apply to custom menus, minimum must be met after discount is applied)
- Pre-Planning Visits – up to 20 total room nights (additional at Staff Rate) based on availability. To include office, valet parking, airport transfers and Food & Beverage needs
- Audio-Visual Discount – PSAV): Hotel will offer a 40 % discount off prevailing published pricing guidelines for PSAV in-house inventory of equipment (excludes labor, rigging, truss, Event Technology Support (service charges), consumables, sales tax and shipping/delivery charges) if PSAV is selected as the sole provider for all AV Equipment & Services. If PSAV is not selected as the sole provider then all AV Equipment will be charged at a sliding scale. If total spend of audiovisual equipment and labor before discount and tax is:
- $0 to $40,000 then a 10% discount will be applied to audiovisual equipment
- $40,001 to $75,000 then a 15% discount will be applied to audiovisual equipment
- $75,001 + then a 20% discount will be applied to audiovisual equipment. This discounting does not apply to consumables, labor, rigging, truss and Event Technology Support Fee (service charge).
- Credit to Master for 25% the value of Rigging motors and truss (excluding tax and service charge) Custom Rigging Package to be provided. PSAV is the exclusive provider of all rigging equipment, rigging & truss labor and truss equipment. Rigging equipment includes but is not limited to motors, points, cabling and truss.
- Complimentary corkage fee on Entre branded water bottles on main arrival registration day at Registration Desk location.
- $2.00++ corkage fee on Entre Branded Water Bottles on beverage stations during sessions, Am/Pm breaks and meal functions.
- Complimentary storage of up to seven pallets no more than five days prior to event
- Complimentary access to one in room channel
- Complimentary marketing Fees up to $50,000.00 (not including production or labor)
- Three (3) -Three nights stays to be used at our discretion (could be used as marketing incentives, contesting, etc.). To include:
  - Complimentary Deluxe Suite for three (3) nights
  - Celebrity Status
  - Complimentary Round trip airport transfer
  - Complimentary Welcome Amenity
  - Two (2) Rounds of Golf
  - One (1) Relache Spa treatment each for two (2) people - per gift certificate- total of two(2) treatments per certificate
  - Dinner for two (2) at Old Hickory Steakhouse

## TWO YEAR MULTI-YEAR CONCESSION PACKAGE
(ADD ON if signed by either Gaylord Palms or Gaylord Texan by December 22, 2017)
- ALL Single Year Concessions
- 15% Discount (instead of 10% in single year) on current year banquet menu (minimum must be met after discount is applied, discount not available on custom menus)
- $25,000.00 Master Account credit toward (1) Catered Function

## THREE YEAR MULTI-YEAR CONCESSION PACKAGE
(ADD ON if signed by both Gaylord Palms and Gaylord Texan by December 22, 2017)
- All Single and Two Year Concessions
- ALL MARKETING FEES WAIVED

**DEPOSITS**
Seventy-five percent (75%) of the anticipated Group expenditures to be master billed, including all food and beverage charges, is due thirty (30) days prior to arrival. Until this pre-payment is made, the Hotel reserves the right to withhold any or all the services hereunder agreed to.

**MASTER ACCOUNT**
Hotel must be notified in writing at least 10 days prior to arrival of the authorized signatories and the charges that are to be posted to the Master Account. Any cancellation or attrition fees will be billed to the Master Account.

**METHOD OF PAYMENT**
The method of payment of the Master Account will be established upon approval of Group's credit. If credit is approved, the outstanding balance of **Ramsey Solutions** Master Account (less any advance deposits and exclusive of disputed charges) will be due and payable upon receipt of invoice.

**Ramsey Solutions** will raise any disputed charge(s) within 30 days after receipt of the invoice. The Hotel will work with Group in resolving any such disputed charges, the payment of which will be due upon receipt of invoice after resolution of the dispute. If payment of any invoice is not received within thirty (30) days of the date on which it was due, Hotel will impose a finance charge at the rate of the lesser of 1-1/2% per month (18% annual rate) or the maximum allowed by law on the unpaid balance commencing on the invoice date.

**Ramsey Solutions** has indicated that it has elected to use the following form of payment:

[X] Direct Bill
[ ] Cash, money order, or other guaranteed form of payment
[ ] Credit card (We accept all major credit cards)
[ ] Company check or Electronic Funds Transfer
[ ] _____ [agreed alternative]

Please indicate which of the following will be billed to your Master Account:

[X] Room and tax (Entire Group)
[X] Room and tax (VIPs and Staff)
[X] Authorized Food & Beverage
[X] Incidental Charges — Staff Hut?
[ ] Standard Gratuities

In the event that credit is not approved, **Ramsey Solutions** agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

**PROGRAM**
We have reserved space for your meeting and social functions based on our understanding of your needs at this time, as set forth in the attached Program Schedule attached hereto and incorporated herein. Your execution of the Agreement will serve as your approval of the attached program schedule.

Provided that you utilize at least 80% of the Room Block, such meeting space will be provided complimentary.

We reserve the right to adjust the assignment of the Group's meeting and function space to a size appropriate for the number of expected attendees at each function.

Group will work with hotel at One (1) year before the groups arrival date to identify any potential unused space over event dates.

Sixty (60) days before the Group's arrival date, your Convention Services team must receive the Group's final agenda. At that time, all space unused by your group will be released back into the hotel's inventory. Any space additional and/or changes to the agenda within 60 days will continue to be based on availability, and may incur additional room rental.

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

Based on the requirements outlined by **Ramsey Solutions**, the Hotel has reserved the function space set forth on the below Function Information Agenda/Event Agenda.

| Ramsey Solutions EntreLeadership Summit May2022 ||||||
|---|---|---|---|---|---|
| Start Time | End Time | Function Type | Post As/Signage | Function Space | Set-Up Style | Expected |
| **Fri 5/20/22** |||||||
| 6:00 PM | 11:45 PM | Set Up | Set Up General Session | Aurora Ballroom A | Schoolroom | 1 |
| **Sat 5/21/22** |||||||
| 1:00 AM | 11:45 PM | Set Up | Set Up General Session | Aurora Ballroom | Schoolroom | 2,000 |
| 1:00 AM | 11:45 PM | Office | Office | Aurora Office | Special | 1 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 8 | Crest 1 | Conference | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 9 | Crest 2 | Schoolroom | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 10 | Summit 10 | Schoolroom | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 11 | Summit 11 | Schoolroom | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 5 | Valley 1 | Conference | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 6 | Valley 2 | Conference | 20 |
| 7:00 PM | 11:45 PM | Breakout | Breakout 7 | Valley 3 | Conference | 20 |
| 8:00 PM | 11:45 PM | Registration | Registration | Aurora Ballroom Prefunction | Registration | 1 |
| 8:00 PM | 11:45 PM | Registration | Registration | Aurora Ballroom Registration Desk | Registration | 1 |
| 8:00 PM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Colorado A | Special | 1 |
| 8:00 PM | 11:45 PM | Breakout | Breakout 1 | Colorado B | Theatre | 500 |
| 8:00 PM | 11:45 PM | Breakout | Breakout 2 | Colorado C | Theatre | 300 |
| 8:00 PM | 11:45 PM | Breakout | Breakout 3 | Colorado D | Theatre | 300 |
| 8:00 PM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Colorado Prefunction A-B | Special | 1 |
| 8:00 PM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Colorado Registration Areas | Special | 1 |
| 8:00 PM | 11:45 PM | Breakout | Breakout 4 | Crest 3-5 | Lounge | 200 |
| **Sun 5/22/22** |||||||
| 1:00 AM | 11:45 PM | Set Up | Set Up General Session | Aurora Ballroom | Schoolroom | 2,000 |
| 1:00 AM | 12:00 PM | Registration | Registration | Aurora Ballroom Prefunction | Registration | 1 |
| 4:00 PM | 10:00 PM | Reception | Dessert Reception (Backup) | Aurora Ballroom Prefunction | Special | 1 |
| 1:00 AM | 12:00 PM | Registration | Registration | Aurora Ballroom Registration Desk | Registration | 1 |
| 1:00 AM | 11:45 PM | Office | Office | Aurora Office | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado A | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 1 | Colorado B | Theatre | 500 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 2 | Colorado C | Theatre | 300 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 3 | Colorado D | Theatre | 300 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Prefunction A-B | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Registration Areas | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 8 | Crest 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 9 | Crest 2 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 4 | Crest 3-5 | Lounge | 200 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 10 | Summit 10 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 11 | Summit 11 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 5 | Valley 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 6 | Valley 2 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 7 | Valley 3 | Conference | 20 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Aurora Hall 1-3 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 1 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 10 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 2-3 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 4-5 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 6-7 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Red Rock 8-9 | Special | 1 |
| 6:00 AM | 11:45 PM | Breakout | Breakout 12 | Summit 1 | Schoolroom | 20 |
| 6:00 AM | 11:45 PM | Breakout | Breakout 13 | Summit 2 | Schoolroom | 20 |
| 6:00 AM | 11:45 PM | Breakout | Breakout 14 | Summit 3 | Schoolroom | 20 |
| 6:00 AM | 11:45 PM | Speaker Room | Speaker Room | Summit 4-5 | Lounge | 20 |

| Start | End | Type | Name | Location | Setup | Count |
|---|---|---|---|---|---|---|
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Summit 8 | Special | 1 |
| 6:00 AM | 11:45 PM | Holding Room | Hold for Ramsey Solutions | Summit 9 | Special | 1 |
| 12:00 PM | 11:45 PM | Registration | Registration | All Aurora Hall Reg Desks | Special | 1 |
| 12:00 PM | 11:45 PM | Registration | Registration | Aurora Exhibit Hall Prefunction | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 1 | Red Rock 11 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 7 | Summit 6-7 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 2 | Willow Lake 1 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 3 | Willow Lake 2 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 4 | Willow Lake 3 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 5 | Willow Lake 4 | Special | 1 |
| 1:00 PM | 11:45 PM | Holding Room | Team Meeting 6 | Willow Lake 5 | Special | 1 |
| 4:00 PM | 10:00 PM | Reception | Dessert Reception | Front Range Lawn | Special | 1 |
| | | | **Mon 5/23/22** | | | |
| 1:00 AM | 11:45 PM | Registration | Registration | All Aurora Hall Reg Desks | Special | 1 |
| 1:00 AM | 11:45 PM | General Session | General Session | Aurora Ballroom | Schoolroom | 2,000 |
| 11:00 AM | 12:00 PM | Lunch | Lunch | Aurora Ballroom | | 2,000 |
| 1:00 AM | 11:45 PM | Registration | Registration | Aurora Exhibit Hall Prefunction | Special | 1 |
| 10:00 AM | 10:30 AM | Coffee Break | Coffee Break | Aurora Exhibit Hall Prefunction | Special | 1 |
| 2:30 PM | 3:00 PM | Coffee Break | Coffee Break | Aurora Exhibit Hall Prefunction | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Aurora Hall 1-3 | Special | 1 |
| 1:00 AM | 11:45 PM | Office | Office | Aurora Office | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado A | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 1 | Colorado B | Theatre | 500 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 2 | Colorado C | Theatre | 300 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 3 | Colorado D | Theatre | 300 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Prefunction A-B | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Registration Areas | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 8 | Crest 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 9 | Crest 2 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 4 | Crest 3-5 | Lounge | 200 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 1 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 10 | Special | 1 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 1 | Red Rock 11 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 2-3 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 4-5 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 6-7 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 8-9 | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 12 | Summit 1 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 10 | Summit 10 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 11 | Summit 11 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 13 | Summit 2 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 14 | Summit 3 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Speaker Room | Speaker Room | Summit 4-5 | Lounge | 20 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 7 | Summit 6-7 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Summit 8 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Summit 9 | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 5 | Valley 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 6 | Valley 2 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 7 | Valley 3 | Conference | 20 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 2 | Willow Lake 1 | Special | 1 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 3 | Willow Lake 2 | Special | 1 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 4 | Willow Lake 3 | Special | 1 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 5 | Willow Lake 4 | Special | 1 |
| 1:00 AM | 11:45 PM | Holding Room | Team Meeting 6 | Willow Lake 5 | Special | 1 |
| | | | **Tue 5/24/22** | | | |
| 1:00 AM | 11:45 PM | Registration | Registration | All Aurora Hall Reg Desks | Special | 1 |
| 1:00 AM | 11:45 PM | General Session | General Session | Aurora Ballroom | Schoolroom | 2,000 |
| 11:00 AM | 12:00 PM | Lunch | Lunch | Aurora Ballroom | | 2,000 |
| 1:00 AM | 11:45 PM | Registration | Registration | | | |

| Start | End | Type | Description | Location | Setup | Qty |
|---|---|---|---|---|---|---|
| 10:00 AM | 10:30 AM | Coffee Break | Coffee Break | Aurora Exhibit Hall Prefunction | | 1 |
| 2:30 PM | 3:00 PM | Coffee Break | Coffee Break | Aurora Exhibit Hall Prefunction | | 1 |
| 4:00 PM | 10:00 PM | Reception | VIP Reception (Backup) | Aurora Exhibit Hall Prefunction | Cocktail Rounds | 400 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Aurora Hall 1-3 | Special | 1 |
| 1:00 AM | 11:45 PM | Office | Office | Aurora Office | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado A | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 1 | Colorado B | Theatre | 500 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 2 | Colorado C | Theatre | 300 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 3 | Colorado D | Theatre | 300 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Prefunction A-B | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Colorado Registration Areas | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 8 | Crest 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 9 | Crest 2 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 4 | Crest 3-5 | Lounge | 200 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 1 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 10 | Special | 1 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 1 | Red Rock 11 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 2-3 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 4-5 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 6-7 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Red Rock 8-9 | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 12 | Summit 1 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 10 | Summit 10 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 11 | Summit 11 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 13 | Summit 2 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 14 | Summit 3 | Schoolroom | 20 |
| 1:00 AM | 11:45 PM | Speaker Room | Speaker Room | Summit 4-5 | Lounge | 20 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 7 | Summit 6-7 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Summit 8 | Special | 1 |
| 1:00 AM | 11:45 PM | 24 Hour Hold | Hold for Ramsey Solutions | Summit 9 | Special | 1 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 5 | Valley 1 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 6 | Valley 2 | Conference | 20 |
| 1:00 AM | 11:45 PM | Breakout | Breakout 7 | Valley 3 | Conference | 20 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 2 | Willow Lake 1 | Special | 1 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 3 | Willow Lake 2 | Special | 1 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 4 | Willow Lake 3 | Special | 1 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 5 | Willow Lake 4 | Special | 1 |
| 1:00 AM | 6:00 PM | Holding Room | Team Meeting 6 | Willow Lake 5 | Special | 1 |
| 4:00 PM | 10:00 PM | Reception | VIP Reception | Front Range Lawn | Cocktail Rounds | 400 |
| | | | Wed 5/25/22 | | | |
| 1:00 AM | 12:00 PM | Registration | Registration | All Aurora Hall Reg Desks | Special | 1 |
| 1:00 AM | 5:00 PM | General Session | General Session | Aurora Ballroom | Schoolroom | 2,000 |
| 11:00 AM | 12:00 PM | Lunch | Lunch | Aurora Ballroom | | 2,000 |
| 1:00 AM | 5:00 PM | Registration | Registration | Aurora Ballroom Prefunction | Special | 1 |
| 1:00 AM | 3:00 PM | Holding Room | Hold for Ramsey Solutions | Aurora Hall 1-3 | Special | 1 |
| 1:00 AM | 3:00 PM | Registration | Registration | Aurora Hall Prefunction 1-3 | Special | 1 |
| 10:00 AM | 10:30 AM | Coffee Break | Coffee Break | Aurora Hall Prefunction 1-3 | Special | 1 |
| 2:30 PM | 3:00 PM | Coffee Break | Coffee Break | Aurora Hall Prefunction 1-3 | Special | 1 |
| 1:00 AM | 11:45 PM | Office | Office | Aurora Office | Special | 1 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 1 | Colorado B | Theatre | 500 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 2 | Colorado C | Theatre | 300 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 3 | Colorado D | Theatre | 300 |
| 1:00 AM | 5:00 PM | Holding Room | Hold for Ramsey Solutions | Colorado Prefunction B | Special | 1 |
| 1:00 AM | 5:00 PM | Holding Room | Hold for Ramsey Solutions | Colorado Registration Desk B | Special | 1 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 8 | Crest 1 | Conference | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 9 | Crest 2 | Schoolroom | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 4 | Crest 3-5 | Lounge | 200 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 12 | Summit 1 | Schoolroom | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 10 | Summit 10 | Schoolroom | 20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:00 AM | 5:00 PM | Breakout | Breakout 11 | Summit 11 | Schoolroom | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 13 | Summit 2 | Schoolroom | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 14 | Summit 3 | Schoolroom | 20 |
| 1:00 AM | 5:00 PM | Speaker Room | Speaker Room | Summit 4-5 | Lounge | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 5 | Valley 1 | Conference | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 6 | Valley 2 | Conference | 20 |
| 1:00 AM | 5:00 PM | Breakout | Breakout 7 | Valley 3 | Conference | 20 |
| | | | Thu 5/26/22 | | | |
| 1:00 AM | 12:00 PM | Office | Office | Aurora Office | Special | 1 |

All meeting room, food and beverage, and related services are subject to applicable taxes and service charge in effect on the date(s) of the event.

### FOOD & BEVERAGE PRICING; FOOD AND BEVERAGE GUARANTEE

Food and Beverage pricing for the Event will be based on prevailing market conditions at the time of the Event. Current 2017 minimum banquet prices, excluding tax and a service charge, are as follows:

**Breakfast**
Continental    $33 - $36
Plated         $33 - $52
Buffet         $44 - $52

**Lunch**
Plated         $48 - $67
Buffet         $57 - $67
Box            $44-53

**Dinner**
Plated         $87 - $135
Buffet         $105-$135

**Reception**
*Full Bar:*
One Hour       $20 - $24
Two Hours      $32 - $36
Three Hours    $43 - $48
*Food:*
Light Hors d'oeuvre    $31 - $39
Heavy Hors d'oeuvre & Stations    $78 - $103

Applicable taxes and a service charge will be added to all food and beverage pricing. Service Charges for discounted menus will be based on retail pricing. All food and beverages served at functions associated with the Event must be provided, prepared, and served by Hotel and must be consumed on Hotel premises.

The Hotel is relying on, and the Group agrees to provide, a banquet minimum of $700,000 exclusive of applicable taxes, service charges, and discounts or concessions (the "F&B Guarantee"). Group agrees that the food and beverage functions listed on the schedule of events are a major component of this Agreement and that the Hotel will suffer damages that will be difficult or impossible to calculate if the Event is held and the Group's actual food and beverage spend falls below the F&B Guarantee. In such event, the Group will pay the Hotel liquidated damages in an amount equal to the difference between (i) the F&B Guarantee *and* (ii) the actual total food and beverage revenue generated by the functions listed in the Event's program schedule. Group agrees that such damages are a reasonable estimate of the Hotel's actual damages and not a penalty. These liquidated damages are due within 30 days of the date such damages are incurred, and accrue interest at the rate of 1.5 percent per month (or, if less, the maximum amount permitted by law).

### AFFILIATE GROUPS

So that we may accommodate any groups that are meeting in conjunction with your convention, please indicate which of the following procedures will be used by your group:

Approximate number of affiliate groups anticipated: _____

_____ Approval must go through headquarters for function space.
_____ Notify headquarters of affiliate group, but prior approval of space is not required.
_____ Headquarters does not require any knowledge of any affiliate group.

Charges for function space required for affiliate groups will be negotiated at such time as space is requested.

It is understood that the booking of Gaylord Rockies for **Ramsey Solutions EntreLeadership Summit May 2022** is part of the following multiple bookings with Gaylord Hotels (each, a "Prior Event"): **Ramsey Solutions EntreLeadership Summit May 2020 at Gaylord Palms and Ramsey Solutions EntreLeadership Summit May 2021 at Gaylord Texan. Ramsey Solutions** will have the right to cancel this Agreement without liability in the event of the following: (i) if, within thirty (30) days following the last day of the Prior Event, **Ramsey Solutions** gives written notice to Gaylord Hotels detailing material service or performance issues by Gaylord Hotels at the Prior Event; and (ii) the Hotel does not propose and implement a plan addressing the issues raised in **Ramsey Solutions** notice.

## ROOMS ATTRITION
Hotel is relying upon **Ramsey Solutions'** use of the Room Night Commitment. **Ramsey Solutions** agrees that a loss will be incurred by Hotel if **Ramsey Solutions'** actual usage is less than **80%** of the Room Night Commitment.

If **Ramsey Solutions'** actual usage is less than **80%** of the Room Night Commitment, **Ramsey Solutions** agrees to pay, as liquidated damages and not as a penalty, the difference between **80%** of the Room Night Commitment and **Ramsey Solutions'** actual usage, multiplied by the average group room rate, plus applicable taxes.

## CANCELLATION POLICY
Group agrees that it bears responsibility for payment for the Room Block and the F&B Guarantee. Group also agrees that the Hotel will suffer actual harm that will be difficult to determine if the Group cancels this Agreement after the date hereof for reasons other than those specified in this Agreement. The Group will pay as liquidated damages to the Hotel, depending upon the timing of such cancellation, the following amounts, as a reasonable estimate of harm to Hotel for the cancellation:

| Time Period of Cancellation | Amount of Liquidated Damages Due |
| --- | --- |
| 0- 180 days prior to arrival | 100% of total room revenue plus 75% of F&B Guarantee |
| 181 -365 days prior to arrival | 75% of total room revenue* plus 50% of F&B Guarantee |
| 366-729 days prior to arrival | 40% of total room revenue* |
| 730-1,094 days prior to arrival | 10% of total room revenue* |
| 1,095-1,459 days prior to arrival | $25,000 |
| 1,460 or more days prior to arrival | $10,000 |

**BONUS DEAL** On or before May 1, 2019 (Gaylord TEXAN) and May 1, 2020 (GAYLORD ROCKIES) Ramsey Solutions may release up to 50% of total room block without penalty. A proportionate reduction in meeting space and concessions will apply so Hotel is able to resell the released sleeping rooms. Ramsey Solutions will be responsible for the entire revised room block if this reduction is taken at 100%, no further attrition will be allowable. Should Group decide to exercise the BONUS DEAL or 50% room night reduction, then should the Group cancel their contract after this reduction, the cancellation amounts will remain based on the original contracted room block.

*The term "total room revenue" means the dollar amount equal to the Room Block multiplied by the Group's average room rate, exclusive of resort fee.

Such amount (the "Cancellation Charge") will be due and payable due within 30 days of the date of cancellation, and accrue interest at the rate of 1.5 percent per month (or, if less, the maximum amount permitted by law). If required by the applicable jurisdiction, the Group will pay sales and/or other applicable taxes with respect to the Cancellation Charge outlined above.

## CANCELLATION IN EVENT OF CHANGE IN MEETING SITE
Notwithstanding any other provision of this Agreement, the Group agrees that it has no right to cancel this Agreement for the purpose of changing its meeting site to another city or location, and in such event, regardless of the date of cancellation of the Agreement, the Group will owe liquidated damages equal to 100% of total room revenues plus applicable tax, to be received by the Hotel from your event for guest rooms comprising the Room Block.

## FOR CAUSE TERMINATION
Should it be impossible for the group to perform its obligations under the Agreement as a result of Dave Ramsey's unforeseen death or disability, the Hotel shall refund all deposits and/or prepayments made by the Group within thirty (30) days of receipt of the notice of termination. Group must notify Hotel within Ten (10) days of such occurrence.

Notwithstanding any provision to the contrary herein, Group may at any time terminate this Agreement without penalty in the event Hotel, its parent, subsidiary or affiliated businesses, principals or executives become engaged in, accused of or subject to any public scandal, political controversy, crime, fraud or other event that in Group's sole judgment will impair or damage its brand or goodwill by hosting an event at Hotel. In such event, Group shall provide prompt notice and the Hotel shall refund all deposits and/or prepayments made by the

### PERFORMANCE LICENSES
**Ramsey Solutions** will be solely responsible for obtaining any necessary licenses or permission to perform, broadcast, transmit, or display any copyrighted works (including without limitation, music, audio, or video recordings, art, etc.) that **Ramsey Solutions** may use or request to be used at the Hotel.

### FORCE MAJEURE
Either party may be excused from performance without liability if circumstances beyond its reasonable control, such as acts of God, war, acts of domestic terrorism, strikes or similar circumstances, make it illegal or impossible to provide or use the Hotel facilities. The ability to terminate pursuant to this clause is conditioned upon delivery written notice to the other party setting forth the basis for such termination within ten (10) days after learning of such basis.

### LITIGATION EXPENSES
The parties agree that, in the event litigation relating to this Agreement is filed by either party, the non-prevailing party in such litigation will pay the prevailing party's costs resulting from the litigation, including reasonable attorneys' fees.

### LIQUOR LICENSE
Group understands that Hotel's liquor license requires that beverages only be dispensed by Hotel employees or bartenders. Alcoholic beverage service may be denied to those guests who appear to be intoxicated or are under age.

### COMMUNICATIONS BETWEEN THE PARTIES
Notices sent between the parties may be sent via regular mail, with the effective date as of the date of mailing, or by Federal Express or other overnight delivery service, with the effective date the date of receipt, or by facsimile, with the effective date as of the date shown on the confirmation of receipt. Copies or facsimiles shall be considered as valid as original documents.

### RENOVATION/REMODELING
As of the date of the signing of this Contract, Hotel has no plans for renovation or remodeling of any facilities over the program dates, which will be utilized by Group pursuant to this contract, other than ordinary maintenance. In the event that after this contract is signed, Hotel confirms any plans to remodel or renovate its facilities over the Event dates, Hotel agrees to inform your group in writing of the following:

- Planned scope of project;
- Schedule for commencement and completion;
- Anticipated impact project will have on areas to be utilized by your group;
- Hotel's plan for minimizing impact of project on Group.

Hotel promises that any such construction or remodeling will not interfere with Group's use of the Hotel. The parties agree to negotiate in good faith to resolve any concerns raised as a result of renovations or remodeling and to enter into such amendments of this Contract as may be necessary to reasonably accommodate both parties' interests.

### DISHONORED RESERVATIONS
If the Hotel is unable to provide a room to a Group attendee holding an accepted or confirmed reservation, Hotel may provide alternative accommodations to such attendee (an "Affected Attendee") without such action constituting a breach of this Agreement, provided the terms and conditions of this paragraph are followed. In such an event, the Hotel will provide, at its cost, the substitute hotel accommodations to the Affected Attendee and transportation to and from the substitute hotel for each day that Hotel cannot provide a room. Upon return to the Hotel, the Hotel will provide a note of apology, and every attempt will be made to place the guest in an upgraded room.

### SEVERABILITY
If for any reason a court of competent jurisdiction finds any provision of this Agreement or portion thereof to be unenforceable, that provision shall be enforced to the maximum extent permissible so as to affect the intent of the parties, and the remainder of the Agreement shall continue in full force and effect.

### AMERICANS WITH DISABILITIES ACT (ADA) COMPLIANCE
Each party agrees to use good faith efforts to ensure that it complies with its obligations under the Americans with Disabilities Act and the Act's accompanying regulation and guidelines (collectively the "ADA"). Each party further agrees to indemnify and hold the other party harmless from and against any and all claims and expenses, including attorney's fees and litigation expenses, that may be incurred by or asserted against the other party or its officers, directors, agents, and employees on the basis of the indemnifying party's non-compliance with any of the provisions of the ADA. **Ramsey Solutions** agrees to provide Hotel with reasonable advance notice about the special needs of any attendees of which **Ramsey Solutions** is aware.

This Agreement is subject to all applicable federal, state, and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and **Ramsey Solutions** agree to cooperate with each other to ensure compliance with such laws.

## EXECUTION; ASSIGNMENT; AMENDMENTS

By execution of this Agreement, the parties specifically acknowledge and agree that this Agreement sets forth the entire understanding between the parties with respect to the subject matter hereof, shall act as the binding obligation of the parties, and the individual party signing this Agreement on behalf of a party has the requisite power and authority to bind such party. No modification, amendment of, or supplement to this Agreement shall be valid or effective unless the same is in writing and signed by both parties. The Hotel may require ancillary terms under this Agreement, such as its Policies and Procedures and Banquet Event Orders, and such terms, to the extent not inconsistent with the provisions of this Agreement, shall be binding upon the Group.

## INDEMNIFICATION

Each party to this Agreement shall, to the extent not covered by the indemnified party's insurance, indemnify, defend, and hold harmless the other party and its officers, directors, agents, employees, and owners from and against any and all demands, claims, damages to persons or property, losses, and liabilities, including reasonable attorneys' fees (collectively, "Claims"), arising solely out of or solely caused by the indemnifying party's negligence or willful misconduct in connection with the provision and use of Hotel as contemplated by this Agreement. This paragraph shall not waive any statutory limitations of liability available to either party, including innkeepers' limitation of liability laws, nor shall it waive any defenses either party may have with respect to any Claim.

## COMPLIANCE WITH THE LAW

This Agreement is subject to all applicable federal, state and local laws, including health and safety codes, alcoholic beverage control laws, disability laws, federal anti-terrorism laws and regulations, and the like. Hotel and **Ramsey Solutions** agree to cooperate with each other to ensure compliance with such laws.

## CHANGES, ADDITIONS, STIPULATIONS, OR LINING OUT

Any changes, additions, stipulations or deletions including corrective lining out by either Hotel or Group will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.

## ACCEPTANCE

When presented by the Hotel to **Ramsey Solutions**, this document is an invitation by the Hotel to **Ramsey Solutions** to make an offer. Upon signature by **Ramsey Solutions**, this document will be an offer by **Ramsey Solutions**. Only upon signature of this document by all parties will this document constitute a binding agreement. Unless the Hotel otherwise notifies **Ramsey Solutions** at any time prior to **Ramsey Solutions**' execution of this document, the outlined format and dates will be held by the Hotel for **Ramsey Solutions** on a first-option basis until Friday, December 22, 2017. If **Ramsey Solutions** cannot make a commitment prior to that date, this invitation to offer will revert to a second-option basis or, at the Hotel's option, the arrangements will be released, in which case neither party will have any further obligations.

Upon signature by both parties, **Ramsey Solutions** and the Hotel shall have agreed to and executed this Agreement by their authorized representatives as of the dates indicated below.

## SIGNATURES

Approved and authorized by **Ramsey Solutions**:

Name: (Print)    Joe Leavitt

Title: (Print)    Director of Event Production, Ramsey Solutions

Signature: _[signed]_

Date: 12/22/17

Approved and authorized by **Gaylord Rockies Resort & Convention Center:**

Name: Bill Hurst

Title: Senior Sales Executive

Signature: *[signed]*

Date: 12/23/17