IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

The Lampo Group, LLC d/b/a Ramsey Solutions,
a Tennessee Limited Liability Company

      Plaintiff(s),

v.

Marriott Hotel Services, Inc., a Delaware
corporation, and Marriott International, Inc., a
Delaware corporation

      Defendant(s).

Case No. 3:20-cv-00641

## BUSINESS ENTITY DISCLOSURE
### (Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Marriott International, Inc. makes the following disclosures:

**INSTRUCTIONS:** Check the **applicable** box or **boxes,** and **fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>**

☐ This party is an individual, who resides in _____.

☒ This party is a publicly held corporation or other publicly held entity, incorporated in Delaware and with a principal place of business in Maryland.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

      If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: August 10, 2020     Signature: _____

Printed Name: Andrew P.C. Wright

Title: Corporate Secretary

## CERTIFICATE OF SERVICE
**[Include certificate of service pursuant to LR 5.01.
Attach as separate page if necessary due to space constraints.]**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a copy of this document via ECF on the following counsel of record on August 31, 2020:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

/s/ Stephen J. Zralek