UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; and MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> JURY DEMAND |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Counter-Defendant. | |

## NOTICE OF EXHIBITS FILED

Defendant/Counterclaimant, Marriott Hotel Services, Inc. ("Marriott") hereby gives notice that the following exhibits were filed on August 28, 2020 in support of its counterclaim against Plaintiff/Counter-Defendant, The Lampo Group, LLC d/b/a Ramsey Solutions:

### EXHIBITS

**Exhibit A:** Palms Agreement. Exhibit A has been filed electronically as Doc. 21-1.

**Exhibit B:** Palms Amendment. Exhibit B has been filed electronically as Doc. 21-2.

**Exhibit C:** July 3, 2020 letter. Exhibit C has been filed electronically as Doc. 21-3.

**Exhibit D:** July 6, 2020 letter and accompanying invoice ("Palms Original Invoice"). Exhibit D has been filed electronically as Doc. 21-4.

**Exhibit E:** August 26, 2020 letter, along with the Palms Revised Invoice. Exhibit E has been filed electronically as Doc. 21-5.

**Exhibit F:** Texan Contract, including the addendum. Exhibit F has been filed electronically as Doc. 21-6.

**Exhibit G:** July 22, 2020 email cancelling Texan Event. Exhibit G has been filed electronically as Doc. 21-7

**Exhibit H:** July 23, 2020 letter and accompanying invoice (Texan Original Invoice). Exhibit H has been filed electronically as Doc. 21-8

**Exhibit I:** Rockies Contract. Exhibit I has been filed electronically as Doc. 21-9

**DATED** this the 1st day of September, 2020.

                    Respectfully submitted,

                    /s/ Steven M. Rudner
                    Steven M. Rudner, admitted *pro hac vice*
                    John C. Josefsberg, admitted *pro hac vice*
                    RUDNER LAW OFFICES
                    12740 Hillcrest Road, Suite 240
                    Dallas, TX 75230
                    Telephone: (214) 373-1900
                    Facsimile: (214) 360-7845
                    Rudner@HotelLawyers.com
                    josefsberg@HotelLawyers.com

                    and

                    Stephen J. Zralek, No. 18971
                    BONE McALLESTER NORTON PLLC
                    511 Union St., Ste. 1600
                    Nashville, TN 37219
                    Telephone: (615) 780-7975
                    Facsimile: (615) 780-7976
                    szralek@bonelaw.com

*Counsel for Marriott Hotel Services, Inc. and Marriott International, Inc.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on the following counsel of record on September 1, 2020:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

/s/ Stephen J. Zralek