# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a ) <br> RAMSEY SOLUTIONS, ) <br> a Tennessee Limited Liability Company, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT HOTEL SERVICES, INC., ) <br> a Delaware Corporation; and ) <br> MARRIOTT INTERNATIONAL, INC., ) <br> a Delaware Corporation, ) <br> ) <br>     Defendants. ) <br> _____) <br> MARRIOTT HOTEL SERVICES, INC., ) <br> a Delaware Corporation, ) <br> ) <br>     Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE LAMPO GROUP, LLC d/b/a ) <br> RAMSEY SOLUTIONS, ) <br> a Tennessee Limited Liability Company, ) <br> ) <br>     Counter-Defendant. ) | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> JURY DEMAND |

## JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

All parties respectfully seek to reset the initial case management conference to October 19, 2020, at any time convenient for the Court. Presently the case management conference is scheduled for Monday, September 28, 2020 at 3:30 p.m. (Doc. 5). As grounds for this motion, the parties state that Marriott's local counsel is lead counsel in a week-long arbitration set to begin September 28. Additionally, resetting the conference to October 19 will allow counsel for the

parties additional time after The Lampo Group, LLC files its Answer to the Counterclaim so that they may prepare a more accurate and efficient joint proposed initial case management order.

Respectfully submitted,

/s/ Markenzy Lapointe, by S. Zralek w/ permission
Ashley E. Cowgill, BPR No. 33042
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: 916-329-4708
ashley.cowgill@pillsburylaw.com

Jennifer Altman, admitted *pro hac vice*
Markenzy Lapointe, admitted *pro hac vice*
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone: 786-913-4880
Jennifer.altman@pillsburylaw.com
Markenzy.lapointe@pillsburylaw.com
*Counsel for The Lampo Group, LLC*

/s/ Steven M. Rudner, by S. Zralek w/ permission
Steven M. Rudner, admitted *pro hac vice*
John C. Josefsberg, admitted *pro hac vice*
RUDNER LAW OFFICES
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

Stephen J. Zralek, BPR No. 18971
BONE McALLESTER NORTON PLLC
511 Union St., Ste. 1600
Nashville, TN 37219
Telephone: (615) 780-7975
szralek@bonelaw.com
*Counsel for Marriott Hotel Services, Inc.
and Marriott International, Inc.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on the following counsel of record on September 15, 2020:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

/s/ Stephen J. Zralek