Motion (DE #25) GRANTED.
The initial case management conference is RESET for 10/19/2020 at 2:30 p.m.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; and MARRIOTT INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendants.<br>_____<br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

## JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

All parties respectfully seek to reset the initial case management conference to October 19, 2020, at any time convenient for the Court. Presently the case management conference is scheduled for Monday, September 28, 2020 at 3:30 p.m. (Doc. 5). As grounds for this motion, the parties state that Marriott's local counsel is lead counsel in a week-long arbitration set to begin September 28. Additionally, resetting the conference to October 19 will allow counsel for the