UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; and MARRIOTT INTERNATIONAL, INC., a Delaware Corporation,<br><br>Defendants.<br>_____<br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger |

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANT MARRIOTT INTERNATIONAL, INC.

Plaintiff/Counter-Defendant The Lampo Group, LLC d/b/a Ramsey Solutions, a Tennessee Limited Liability Company ("Plaintiff") and Defendants/Counterclaimant, Marriott Hotel Services, Inc. ("Marriott Hotel Services"), a Delaware Corporation and Marriott International, Inc. ("Marriott International"), a Delaware Corporation, by and through their undersigned counsel (collectively, "the Parties"), stipulate and agree as follows:

1. Based upon Defendants', Marriott Hotel Services and Marriott International, representations that Marriott Hotel Services is the real party in interest, not Marriott International, the Parties agree that all counts contained in Plaintiff's First Amended Complaint for Damages against Defendant Marriott International are dismissed *without* prejudice. Each party is responsible for its own costs, including attorneys' fees. All counts against Defendant/Counterclaimant, Marriott Hotel remain unchanged.

2. In furtherance of the Parties agreement, this Court is hereby requested to enter an Order approving and adopting the Joint Stipulation. The form of said Order is attached hereto as Exhibit "A."

| | |
|---|---|
| **RUDNER LAW OFFICES** | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| /s/ *Steven M. Rudner* | /s/ Jennifer Altman |
| Steven M. Rudner, admitted *pro hac vice* | Ashley E. Cowgill, TN. Bar No. 033042 |
| John C. Josefsberg admitted *pro hac vice* | 500 Capitol Mall, Suite 1800 |
| 12740 Hillcrest Road, Suite 240 | Sacramento, CA 95814 |
| Dallas, TX 75230 | |
| Telephone: (214) 373-1900 | Jennifer Altman, admitted *pro hac vice* |
| Facsimile: (214) 360-7845 | Markenzy Lapointe, admitted *pro hac vice* |
| Rudner@HotelLawyers.com | 600 Brickell Avenue, Suite 3100 |
| Josefsberg@HotelLawyers.com | Miami, FL 33131 |
| | |
| and | *Counsel for The Lampo Group, LLC d/b/a Ramsey Solutions* |
| | |
| **BONE MCALLESTER NORTON PLLC** | |
| Stephen J. Zralek, TN Bar No. 18971 | |
| 511 Union St., Ste. 1600 | |
| Nashville, TN 37219 | |
| Telephone: (615) 780-7975 | |
| Facsimile: (615) 780-7976 | |
| szralek@bonelaw.com | |
| | |
| *Counsel for Marriott Hotel Services, Inc. and Marriott International, Inc.* | |

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on the following counsel of record on October 12, 2020:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

/s/ *Stephen J. Zralek*

{02124430.2 }
Case 3:20-cv-00641   Document 29   Filed 10/12/20   Page 3 of 3 PageID #: 380