# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a ) <br> RAMSEY SOLUTIONS, ) <br> a Tennessee Limited Liability Company, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT HOTEL SERVICES, INC., ) <br> a Delaware Corporation; and ) <br> MARRIOTT INTERNATIONAL, INC., ) <br> a Delaware Corporation, ) <br> ) <br>     Defendants. ) <br> _____ ) <br> MARRIOTT HOTEL SERVICES, INC., ) <br> a Delaware Corporation, ) <br> ) <br>     Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE LAMPO GROUP, LLC d/b/a ) <br> RAMSEY SOLUTIONS, ) <br> a Tennessee Limited Liability Company, ) <br> ) <br>     Counter-Defendant. ) | **Case No. 3:20-cv-00641** <br> **Judge Aleta A. Trauger** |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause came before the Court, on the Joint Stipulation of Dismissal of Defendant Marriott International, Inc. ("the Stipulation") of the Parties, dated October 12, 2020, and the Court having reviewed the Stipulation and being otherwise fully advised in the premises, does Order and Adjudge as follows:

1. That the Stipulation be and the same is hereby approved, adopted, and ratified as an Order of this Court.

2. All counts contained in Plaintiff's First Amended Complaint for Damages against Defendant Marriott International, Inc. are dismissed *without* prejudice. Each party is responsible for its own costs, including attorneys' fees. All counts against Defendant/Counterclaimant, Marriott Hotel Services, Inc. remain unchanged.

_____
Hon. Aleta A. Trauger