# EXHIBIT B



July 3, 2020

<u>VIA EMAIL AND OVERNIGHT COURIER</u>
Gaylord Palms Resort & Convention Center
Attn: Mike Stengel
Senior Vice President
Gaylord Hotels Operations and Marriott's Convention Hotel Strategy
10400 Fernwood Road
Bethesda, MD 20817

**RE: Agreement between The Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey") and Gaylord Palms Resort & Convention Center ("Gaylord") dated as of September 29, 2017, as amended**

Dear Mr. Stengel:

I am writing to provide formal notice of termination of the Agreement. The global COVID-19 pandemic and the inadequate responses of Osceola County, the State of Florida, and Gaylord to that pandemic have created a change in circumstance which now renders the provision of the first-class guest and conference event experience that the parties contracted for under the Agreement an impossibility.

Ramsey is greatly disappointed that it has been forced to take this action, especially in light of the numerous and diligent efforts it undertook in recent weeks to suggest to Gaylord reasonable accommodations to try and best approximate the guest and conference event experience originally contracted for.

Ramsey formally requests the return of all funds that it has paid Gaylord under the Agreement. Ramsey requires the return of these funds by no later than July 10, 2020.

Given the longstanding relationship Ramsey has had with Gaylord, during which it has paid Gaylord many millions of dollars, it is Ramsey's expectation that Gaylord will promptly comply with its request. Should Gaylord choose not to comply, Ramsey will pursue any and all remedies available to it at law, in equity, and under the Agreement.

Thank you in advance for your prompt attention to this matter.

Sincerely,

Daniel E. Cortez
General Counsel
Ramsey Solutions

Case 3:20-cv-00641   Document 33-2   Filed 01/25/21   Page 2 of 3 PageID #: 300   RS0000285



cc:     Veronique Lanthier
        Tatum Delia
        Britney Chandler

**RAMSEY SOLUTIONS** | 1011 Reams Fleming Blvd. | Franklin, TN 37064
**TOLL FREE** 888.22.PEACE | **LOCAL** 615.371.8881 | **DAVERAMSEY.COM**