UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Case No. 3:20-cv-00641

Hon. Aleta A. Trauger

THE LAMPO GROUP, LLC
d/b/a RAMSEY SOLUTIONS,
Tennessee Limited Liability
Company,

    *Plaintiff*

vs.

MARRIOTT HOTEL SERVICES
INC., a Delaware Company,

    *Defendant.*

# DECLARATION OF JENNIFER ALTMAN IN SUPPORT OF PLAINTIFF THE LAMPO GROUP, LLC D/B/A RAMSEY SOLUTIONS' MOTION FOR JUDGMENT ON THE PLEADINGS

I, Jennifer Altman, declare pursuant to 28 U.S.C. §1746 that:

1. I am over 18 years of age. I am counsel to Plaintiff The Lampo Group, LLC d/b/a/ Ramsey Solutions ("Ramsey Solutions") in the above-captioned matter and a partner at the law firm Pillsbury Winthrop Shaw Pittman LLP. I have personal knowledge of the facts stated herein and if called as a witness to testify thereto, would competently testify as I have herein declared. This Declaration is submitted in support of Ramsey Solutions' Motion for Judgment on the Pleadings.

2. Attached hereto as Exhibit A is a true and correct copy of the Gaylord Palms Resort & Convention Center Agreement between Ramsey Solutions and Gaylord Palms Resort & Convention Center.

3. Attached hereto as Exhibit B is a true and correct copy of the termination letter from Daniel Cortez, General Counsel for Ramsey Solutions, to Mike Stengel, Senior Vice President of Gaylord Palms Resort & Convention Center, dated July 3, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of January, 2021, at Miami, Florida.

Respectfully Submitted,

By: /s/ Jennifer Altman
Jennifer Altman