# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; <br><br> Defendant. <br> _____ <br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Counter-Defendant. | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> **JURY DEMAND** |

## UNOPPOSED MOTION FOR BRIEF EXTENSION TO RESPOND TO LAMPO GROUP'S MOTION FOR JUDGMENT ON THE PLEADINGS

Marriott Hotel Services, Inc., by and through counsel, respectfully seeks a brief extension through February 16, 2021 within which to respond to Lampo Group's motion for judgment on the pleadings (Doc. 33). Lampo's motion was filed on January 25, 2021, and Marriott's response is presently due on February 8, 2021. Marriott's lead counsel from Dallas is taking a short leave to care for his sick mother. Undersigned has conferred with Lampo's counsel, who has no opposition to an extension through **February 16, 2021**.

Respectfully submitted,

/s/ Stephen J. Zralek
Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
RUDNER LAW OFFICES
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

Stephen J. Zralek, No. 18971
BONE MCALLESTER NORTON PLLC
511 Union St., Ste. 1000*
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com
*Counsel for Marriott Hotel Services, Inc.*

\* Please note new suite number

## CERTIFICATE OF SERVICE

I certify that I served this document via ECF on January 28, 2021 on:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com
*Counsel for The Lampo Group, LLC*

/s/ Stephen J. Zralek