Motion (DE #37) GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation;<br><br>Defendant.<br>_____<br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

**UNOPPOSED MOTION FOR THREE-DAY EXTENSION
TO RESPOND TO LAMPO GROUP'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Marriott Hotel Services, Inc., by and through counsel, respectfully seeks a three-day extension through February 19, 2021 within which to respond to Lampo Group's motion for judgment on the pleadings (Doc. 33). Marriott's lead counsel is in Dallas, which is experiencing major winter storms, resulting in power blackouts both at home and at the office. Presently Marriott's response is due on February 16, 2021. Undersigned has conferred with Lampo's counsel, who has no opposition to an extension through **February 19, 2021**.