UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation;<br><br>Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | |

## JOINT MOTION FOR MODIFY CERTAIN SCHEDULING DEADLINES IN THE INITIAL CASE MANAGEMENT ORDER

The Lampo Group, LLC d/b/a Ramsey Solutions and Marriott Hotel Services, Inc., by and through counsel, respectfully move to extend certain pre-trial deadlines in the Initial Case Management Order issued on October 19, 2020 [Dkt. 31] (the "Scheduling Order"), and in support thereof state:

1. Currently, the fact discovery cut-off is June 30, 2021 the disclosure of experts and their reports, depending on the party with the burden of proof is April 9, 2021 and June 8, 2021,

respectively. The dispositive motion deadline is September 27, 2021. Trial is set to begin February 15, 2022. As outlined below, the parties have agreed that additional time is required to complete certain pre-trial tasks.

2. Unfortunately, due to some COVID related issues, Ramsey Sought an extension of time to respond to discovery. While Marriott agreed, it believed it would be necessary to extend fact discovery due to the additional time relating to Ramsey Solutions' production. Rather than do so piecemeal, Ramsey Solutions suggested that the expert deadlines likewise be extended. Marriott does not oppose doing so. Rather than wait until the time is upon them, the parties believe it is prudent to move certain deadlines at this time. Obviously, the parties will continue to work diligently to timely complete all necessary pre-trail requirements.

3. The parties are requesting to modify the Scheduling Order as follows:

   a. Dispositive Motions: Deadline to file dispositive motions would be changed to **October 8, 2021**;

   b. Fact Discovery: Deadline to complete all written discovery and depose all fact and expert witnesses would be changed to **September 3, 2021**;

   **c.** Expert Deadlines: Deadlines to identify and disclose all expert witnesses and reports would be changed to:

      i. **May 24, 2021** for the party who bears the burden of proof on an issue for which expert testimony is offered; and

      ii. **July 23, 2021** for the party who does not bear the burden of proof on an issue for which expert testimony is offered.

4. The Motion is not interposed for any improper purpose or to cause delay. The parties are hopeful that the above modifications to the scheduling order will allow them to

efficiently complete these pre-trial activities. Further, the above changes do not in any way impact the existing Order Setting Case For Trial [Dkt. 32] and they do not currently foresee any reason to seek a change in the existing dates in that order.

   WHEREFORE, based on the foregoing, the parties jointly move to modify the Scheduling Order as outlined herein.

Respectfully submitted,


/s/ *Jennifer G. Altman*
Jennifer G. Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

***Counsel for The Lampo Group, LLC***


Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
RUDNER LAW OFFICES
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

-and-

Stephen J. Zralek, No. 18971
BONE MCALLESTER NORTON PLLC
511 Union St., Ste. 1000*
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com

*Counsel for Marriott Hotel Services, Inc.*