UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; <br><br> Defendant. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Counter-Defendant. | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> JURY DEMAND |

## ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN SCHEDULING DEADLINES IN THE INITIAL CASE MANAGEMENT ORDER

THIS CAUSE came on the parties Joint Motion to Modify Certain Scheduling Deadlines in the Initial Case Management Order issued on October 19, 2020 [Dkt. 31] (the "Scheduling Order"), and, after otherwise being duly advised in the premises, it is:

ORDERED AND ADJUDGED:

1. The Motion is **GRANTED.**

2. The following deadlines in the Scheduling Order are modified as follows:

a. Dispositive Motions: Deadline to file dispositive motions is now **October 8, 2021**;

b. Fact Discovery: Deadline to complete all written discovery and depose all fact and expert witnesses is now **September 3, 2021**;

c. Expert Deadlines: Deadlines to identify and disclose all expert witnesses and reports are now:

   i. **May 24, 2021** for the party who bears the burden of proof on an issue for which expert testimony is offered; and

   ii. **July 23, 2021** for the party who does not bear the burden of proof on an issue for which expert testimony is offered.

DONE AND ORDERED this 8th day of April, 2021, in Chambers in the United States District Court for the Middle District of Tennessee, Nashville Division.

_____
Aleta A. Trauger
United States District Court Judge