UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; <br><br> Defendant. <br> ──────────────────────────── <br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Counter-Defendant. | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> JURY DEMAND |

## AGREED MOTION TO MODIFY EXPERT DEADLINES

The Lampo Group, LLC d/b/a Ramsey Solutions, by and through counsel, respectfully moves to extend the expert deadlines outlined in the Order Granting Joint Motion to Modify Certain Scheduling Deadlines in the Initial Case Management Order issued on April 8, 2021 [Dkt. 43] (the "Scheduling Order"), and in support thereof state:

1. Currently, the disclosure date for the party that bears the burden of proof on an issue is May 24, 2021, and the disclosure date for the party that does not bear the burden of proof on an issue is July 23, 2021.

2. Although the parties have been working cooperatively on discovery and other issues, additional time is needed to finalize expert reports. This is due in part to the fact that certain necessary personnel of Ramsey Solutions will be out of the office for much of May. Marriott does not oppose adjusting the deadlines as outlined herein. The parties will continue to work diligently to timely complete all necessary pre-trial requirements and as outlined above have been working cooperatively to do so.

3. The parties are requesting to modify the Scheduling Order as follows:

    a. Expert Deadlines: Deadlines to identify and disclose all expert witnesses and reports would be changed to:

        i. **June 25, 2021** for the party who bears the burden of proof on an issue for which expert testimony is offered; and

        ii. **August 23, 2021** for the party who does not bear the burden of proof on an issue for which expert testimony is offered.

4. The Motion is not interposed for any improper purpose or to cause delay. The parties are hopeful that the above modifications to the scheduling order will allow them to efficiently complete their expert disclosures. Further, the above changes do not in any way impact the existing Order Setting Case For Trial. [Dkt. 32]

WHEREFORE, based on the foregoing, the parties jointly move to modify the Scheduling Order as outlined herein.

Respectfully submitted,

| | |
|---|---|
| Steven M. Rudner, appearing *pro hac vice*<br>John C. Josefsberg, appearing *pro hac vice*<br>RUDNER LAW OFFICES<br>12740 Hillcrest Road, Suite 240<br>Dallas, TX 75230<br>Telephone: (214) 373-1900<br>Facsimile: (214) 360-7845<br>Rudner@HotelLawyers.com<br>josefsberg@HotelLawyers.com | Jennifer G. Altman, *pro hac vice*<br>Markenzy Lapointe, *pro hac vice*<br>PILLSBURY WINTHROP SHAW<br>    PITTMAN LLP<br>600 Brickell Avenue, Suite 3100<br>Miami Florida  33131<br>Telephone:  (786) 913-4880<br>Jennifer.altman@pillsburylaw.com<br>markenzy.lapointe@pillsburylaw.com |
| Stephen J. Zralek, No. 18971<br>BONE MCALLESTER NORTON PLLC<br>511 Union St., Ste.  1000*<br>Nashville, TN 37219<br>Telephone: (615) 238-6305<br>Facsimile: (615) 687-2763<br>szralek@bonelaw.com<br>*Counsel for Marriott Hotel Services, Inc.* | Ashley E. Cowgill, Esq.<br>PILLSBURY WINTRHOP SHAW<br>    PITTMAN  LLP<br>500 Capitol Mall, Suite 1800<br>Sacramento, CA 95814<br>ashley.cowgill@pillsburylaw.com |
| /s/  John C. Josefsberg_____ | /s/  Jennifer G. Altman_____ |
| ***Counsel for Marriott Hotel Services*** | ***Counsel for The Lampo Group, LLC*** |