UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a )<br>RAMSEY SOLUTIONS, )<br>a Tennessee Limited Liability Company, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT HOTEL SERVICES, INC., )<br>a Delaware Corporation; )<br>)<br>    Defendant. )<br>_____)<br>MARRIOTT HOTEL SERVICES, INC., )<br>a Delaware Corporation, )<br>)<br>    Counter-Plaintiff, )<br>)<br>v. )<br>)<br>THE LAMPO GROUP, LLC d/b/a )<br>RAMSEY SOLUTIONS, )<br>a Tennessee Limited Liability Company, )<br>)<br>    Counter-Defendant. )<br>_____/ | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

**ORDER GRANTING AGREED JOINT MOTION TO MODIFY EXPERT DEADLINES**

THIS CAUSE came on the parties Agreed Joint Motion to Modify Expert Deadlines, and, after otherwise being duly advised in the premises, it is:

ORDERED AND ADJUDGED:

1. The Motion is **GRANTED.**

2. The following deadlines in the Order Granting Joint Motion to Modify Certain Scheduling Deadlines in the Initial Case Management Order entered April 8, 2021, are modified as follows:

a. Expert Deadlines: Deadlines to identify and disclose all expert witnesses and reports are now:

   i. **June 25, 2021** for the party who bears the burden of proof on an issue for which expert testimony is offered; and

   ii. **August 23, 2021** for the party who does not bear the burden of proof on an issue for which expert testimony is offered.

DONE AND ORDERED this ___ day of May, 2021, in Chambers in the United States District Court for the Middle District of Tennessee, Nashville Division.

_____
Aleta A. Trauger
United States District Court Judge