UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS,<br>a Tennessee Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br>a Delaware Corporation;<br><br>    Defendant.<br>_____<br>MARRIOTT HOTEL SERVICES, INC.,<br>a Delaware Corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS,<br>a Tennessee Limited Liability Company,<br><br>    Counter-Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

**ORDER GRANTING AGREED JOINT MOTION TO MODIFY EXPERT DEADLINES**

THIS CAUSE came on the parties Agreed Joint Motion to Modify Expert Deadlines, and, after otherwise being duly advised in the premises, it is:

ORDERED AND ADJUDGED:

1. The Motion is **GRANTED.**

2. The following deadlines in the Order Granting Joint Motion to Modify Certain Scheduling Deadlines in the Initial Case Management Order entered April 8, 2021, are modified as follows:

a. Expert Deadlines: Deadlines to identify and disclose all expert witnesses and reports are now:

  i. **June 25, 2021** for the party who bears the burden of proof on an issue for which expert testimony is offered; and

  ii. **August 23, 2021** for the party who does not bear the burden of proof on an issue for which expert testimony is offered.

DONE AND ORDERED this 14th day of May, 2021, in Chambers in the United States District Court for the Middle District of Tennessee, Nashville Division.

Aleta A. Trauger
United States District Court Judge