UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; <br><br> Defendant. | Case No. 3:20-cv-00641 <br> Judge Aleta A. Trauger <br><br> JURY DEMAND |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, <br><br> Counter-Plaintiff, <br><br> v. <br><br> THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, <br><br> Counter-Defendant. | |

## JOINT MEDIATION REPORT

The Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solution") and Marriott Hotel Services, Inc. ("Marriott") hereby submit their Joint Mediation Report pursuant to the Initial Case Management Order issued on April 8, 2021 [Dkt. 43] (the "Scheduling Order"), and in support thereof state:

1. Marriott believes that mediation will not be productive until the close of discovery. Marriott is willing to participate in mediation after the close of discovery.

2. Ramsey Solutions has been and remains willing to participate in mediation at any time, before or after the close of discovery, in an effort to amicably resolve the matter, if possible.

Dated: July 6, 2021

Respectfully submitted,

| | |
|---|---|
| Steven M. Rudner, appearing *pro hac vice*<br>John C. Josefsberg, appearing *pro hac vice*<br>RUDNER LAW OFFICES<br>12740 Hillcrest Road, Suite 240<br>Dallas, TX 75230<br>Telephone: (214) 373-1900<br>Facsimile: (214) 360-7845<br>Rudner@HotelLawyers.com<br>josefsberg@HotelLawyers.com | Jennifer G. Altman, *pro hac vice*<br>Markenzy Lapointe, *pro hac vice*<br>PILLSBURY WINTHROP SHAW<br>    PITTMAN LLP<br>600 Brickell Avenue, Suite 3100<br>Miami Florida  33131<br>Telephone:  (786) 913-4880<br>Jennifer.altman@pillsburylaw.com<br>markenzy.lapointe@pillsburylaw.com |
| Stephen J. Zralek, No. 18971<br>BONE MCALLESTER NORTON PLLC<br>511 Union St., Ste.  1000*<br>Nashville, TN 37219<br>Telephone: (615) 238-6305<br>Facsimile: (615) 687-2763<br>szralek@bonelaw.com<br>*Counsel for Marriott Hotel Services, Inc.* | Ashley E. Cowgill, Esq.<br>PILLSBURY WINTRHOP SHAW<br>    PITTMAN  LLP<br>500 Capitol Mall, Suite 1800<br>Sacramento, CA 95814<br>ashley.cowgill@pillsburylaw.com |
| /s/  John C. Josefsberg | /s/  Jennifer G. Altman |
| ***Counsel for Marriott Hotel Services*** | ***Counsel for The Lampo Group, LLC d/b/a Ramsey Solutions*** |