**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THE LAMPO GROUP, LLC, d/b/a** | ) | |
| **RAMSEY SOLUTIONS, a Tennessee** | ) | |
| **Limited Liability Company,** | ) | |
| | ) | |
| **Plaintiff/Counter-defendant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:20-cv-00641** |
| | ) | **Judge Aleta A. Trauger** |
| **MARRIOTT HOTEL SERVICES,** | ) | |
| **INC., a Delaware Corporation,** | ) | |
| | ) | |
| **Defendant/Counter-plaintiff.** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Judgment on

the Pleadings (Doc. No. 33), filed by plaintiff The Lampo Group, LLC d/b/a Ramsey Solutions, is

**DENIED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge