Motion GRANTED.
Extensions as requested.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation;<br><br>Defendant.<br>_____<br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

**JOINT MOTION TO MODIFY CERTAIN SCHEDULING DEADLINES
IN THE CASE MANAGEMENT ORDER**

The Lampo Group, LLC d/b/a Ramsey Solutions and Marriott Hotel Services, Inc., by and through counsel, respectfully move to extend certain pre-trial deadlines in the Initial Case Management Order issued on October 19, 2020 [Dkt. 31] (the "Scheduling Order"), as amended on April 8, 2021 [Dkt. 43] and again on May 14, 2021 [Dkt. 47], and in support thereof state: