## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:20-cv-00641 |
| v. | ) ) | Judge Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; | ) ) | JURY DEMAND |
| Defendant. | ) ) ) | |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, | ) ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, | ) ) ) ) | |
| Counter-Defendant. | ) ) | |

## UNOPPOSED MOTION TO RESET TRIAL DATE

The above-styled matter was slated for trial to begin on February 15, 2022. This Court re-set the trial to begin on April 5, 2022. (Dkt. 53). Unfortunately, the Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solutions") has a conflict with that date as it has another trial scheduled to begin the same day, and counsel is likewise scheduled for another matter. Ramsey Solutions immediately notified counsel for Marriott Hotel Services, Inc. of the conflict and counsel for both parties worked collaboratively to obtain the next available trial date that was clear for all

parties and counsel.  As a result, based on the parties' agreement, Ramsey Solutions respectfully moves to reset the trial to begin on **August 2, 2022**.[1]

## CERTIFICATE OF CONFERRAL IN GOOD FAITH

Undersigned counsel has conferred with opposing counsel, who has no opposition to this motion and has affirmatively agreed to the date proposed.

<div style="margin-left:40%">

Respectfully submitted,

By:    /s/ *Jennifer G. Altman*
Jennifer Altman, Esq.
(admitted *pro hac*)
Markenzy Lapointe, Esq.
(admitted *pro hac*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

*Counsel for The Lampo Group, LLC*

</div>

---

[1] If an earlier date in June opens up that is available to all parties and counsel, Ramsey Solutions would be amenable to moving the date forward.  The date included in this motion is the only date that was available on the Court's calendar and available to all parties and counsel.

## CERTIFICATE OF SERVICE

I certify that I served a copy of this document via ECF on August 18, 2021 on:

Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
RUDNER LAW OFFICES
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

Stephen J. Zralek, No. 18971
BONE MCALLESTER NORTON PLLC
511 Union St., Ste. 1000
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com
*Counsel for Marriott Hotel Services, Inc.*

/s/ Jennifer G. Altman