Motion GRANTED.
[signature]

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation;<br><br>Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>Counter-Defendant. | |

## UNOPPOSED MOTION TO RESET TRIAL DATE

The above-styled matter was slated for trial to begin on February 15, 2022. This Court reset the trial to begin on April 5, 2022. (Dkt. 53). Unfortunately, the Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solutions") has a conflict with that date as it has another trial scheduled to begin the same day, and counsel is likewise scheduled for another matter. Ramsey Solutions immediately notified counsel for Marriott Hotel Services, Inc. of the conflict and counsel for both parties worked collaboratively to obtain the next available trial date that was clear for all