UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Case No. 3:20-cv-00641

Hon. Aleta A. Trauger

---

THE LAMPO GROUP, LLC
d/b/a RAMSEY SOLUTIONS,
a Tennessee Limited Liability
Company,

    *Plaintiff*

vs.

MARRIOTT HOTEL SERVICES
INC., a Delaware Company,

    *Defendant.*

---

## **CONFORMED CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.01**

---

I hereby certify that on the **19th day of August 2021**, a true and correct copy *Notice of Scriveners' Error* [D.E. 55] was served by CM/ECF notifications to the following parties registered to receive notices in this case:

    Steven M. Rudner, Esq.
    John C. Josefsberg, Esq.
    **RUDNER LAW OFFICES**
    12740 Hillcrest Road, Suite 240
    Dallas, TX 75230
    Rudner@hotellawyers.com
    Josefsberg@hotellawyers.com

    -and-

Stephen J. Zralek, Esq.
**BONE McALLESTER NORTON PLLC**
511 Union St., Ste. 1600
Nashville, TN 37219
szralek@bonelaw.com

*Counsel for Marriott Hotel Services, Inc. and Marriott International, Inc.*

Respectfully Submitted,

By: */s/ Jennifer Altman*
Jennifer Altman
FL Bar No. 881384
Markenzy Lapointe
FL Bar No. 172601
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, Florida 33131
Telephone: 786-913-4880
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

-and –

Ashley E. Cowgill (TN Bar No. 033042)

PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: 916-329-4721
ashley.cowgill@pillsburylaw.com

*Attorneys for The Lampo Group LLC d/b/a Ramsey Solutions*