# EXHIBIT C

| From: | Altman, Jennifer |
|---|---|
| To: | John Josefsberg |
| Cc: | Lapointe, Markenzy |
| Subject: | Ramsey Solutions |
| Date: | Tuesday, August 10, 2021 3:37:31 PM |
| Attachments: | image933c60.PNG |
| | image9d0b2c.PNG |

Since you have already objected to the motion, I'm not going to re-send it to you but we will be adding a third defense.

**Jennifer Altman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100 | Miami, FL 33131
t +1.786.913.4880 | m +1.305.606.9778
jennifer.altman@pillsburylaw.com | website bio

