# COMPOSITE Exhibit "C"

| From: | John Josefsberg |
|---|---|
| To: | Altman, Jennifer |
| Cc: | Lapointe, Markenzy; Stephen Zralek; John Josefsberg |
| Subject: | RE: Ramsey Solutions |
| Date: | Tuesday, August 31, 2021 2:53:49 PM |
| Attachments: | image001.png |
| | image002.png |



Jennifer:

We do not object to extending deadlines other than amendment of pleadings, which passed nine months ago. We continue to believe that Marriott's proposed deadlines better track what we understand to be the Court's preference for setting the deadline to file dispositive motions, and then working backwards from there. You may note the discrepancies in Ramsey's motion, or we can do so in Marriott's response. Thank you.

|  | Ramsey: | Marriott |
|---|---|---|
| Motions to Amend Pleadings. passed | November 12, 2021 | N/A; Deadline |
| Fact and Expert Discovery Cut-off | March 18, 2022 | March 1, 2022 |
| Daubert Motions | April 15, 2022 | April 15, 2022 |
| Mediation deadline | April 22, 2022 | April 22, 2022 |
| Dispositive Motions | May 20, 2022 | April 1, 2022 |
| Jury Instructions | July 9, 2022 | July 9, 2022 |

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
(214) 587-0108

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Tuesday, August 31, 2021 9:08 AM
**To:** John Josefsberg <josefsberg@HotelLawyers.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>
**Subject:** RE: Ramsey Solutions

Our position is that you have agreed to all other deadlines other than amendment of pleadings, which we believe is in bad faith so we are filing a motion to modify the scheduling order including to add amendment of pleadings:

These are the proposed dates:

| | |
|---|---|
| Motions to Amend Pleadings. | November 12, 2021 |
| Fact and Expert Discovery Cut-off | March 11, 2022 |
| Daubert Motions | April 15, 2022 |
| Mediation deadline | April 22, 2022 |
| Dispositive Motions | March 18, 2022 |
| Jury Instructions | July 9, 2022 |

---

**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Tuesday, August 31, 2021 10:05 AM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>
**Subject:** RE: Ramsey Solutions

Jennifer- i just returned from a hearing in Tucson and I had to attend to an unexpected personal matter yesterday. I told you I would get back to you no later than today. Can you please send us your motion so we can let you know our position?

Thank you.


John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
214 587-0108



-------- Original message --------
From: "Altman, Jennifer" <jennifer.altman@pillsburylaw.com>
Date: 8/31/21 8:57 AM (GMT-06:00)
To: John Josefsberg <josefsberg@HotelLawyers.com>
Cc: "Lapointe, Markenzy" <markenzy.lapointe@pillsburylaw.com>
Subject: Ramsey Solutions

We will be filing a motion to modify the deadlines including amendment of pleadings.  Please advise whether you object to the same.  Thanks.

**Jennifer Altman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100 | Miami, FL 33131
t +1.786.913.4880 | m +1.305.606.9778
jennifer.altman@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES   MIAMI
NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH   SACRAMENTO
SAN DIEGO   SAN DIEGO NORTH COUNTY   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



| From: | John Josefsberg |
|---|---|
| To: | Altman, Jennifer |
| Cc: | Lapointe, Markenzy; Tucker, Monica C.; Heidi McLellan; John Josefsberg |
| Subject: | RE: Ramsey Solutions |
| Date: | Thursday, August 26, 2021 4:32:26 PM |



Jennifer:

Let's put this off until the beginning of the week when I return. I'm not sure how we present this as a joint motion. We have a significant disagreement about an issue that has not even been fully briefed. I will touch base on Monday, Tuesday at the latest. I am just not in a position to give you an answer this afternoon or tomorrow.

Thank you.

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
(214) 587-0108

---

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Thursday, August 26, 2021 2:57 PM
**To:** John Josefsberg <josefsberg@HotelLawyers.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>; Heidi McLellan <Heidi@HotelLawyers.com>
**Subject:** RE: Ramsey Solutions

Confirming with my client. Do you want to prepare a proposed joint motion or do you want me to?

---

**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Thursday, August 26, 2021 2:21 PM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>; Heidi McLellan <Heidi@HotelLawyers.com>; John Josefsberg <josefsberg@HotelLawyers.com>
**Subject:** RE: Ramsey Solutions

Jennifer:

See our proposed changes:

|  | Ramsey: | Marriott |
|---|---|---|
| Motions to Amend Pleadings. | November 12, 2021 | N/A; Deadline passed |
| Fact and Expert Discovery Cut-off | March 18, 2022 | March 1, 2022 |
| Daubert Motions | April 15, 2022 | April 15, 2022 |
| Mediation deadline | April 22, 2022 | April 22, 2022 |
| Dispositive Motions | May 20, 2022 | April 1, 2022 |
| Jury Instructions | July 9, 2022 | July 9, 2022 |

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
(214) 587-0108

---

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Thursday, August 26, 2021 7:44 AM
**To:** John Josefsberg <josefsberg@HotelLawyers.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>; Heidi McLellan <Heidi@HotelLawyers.com>
**Subject:** RE: Ramsey Solutions

Can you just send me back each of your proposed deadlines in the format I sent you so that I can see where the changes are. Thanks.

We obviously disagree about the amendment issue, but we can clearly send a joint proposed reflecting the disagreement on the one point.

---

**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Thursday, August 26, 2021 8:27 AM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>; Heidi McLellan <Heidi@HotelLawyers.com>

**Subject:** RE: Ramsey Solutions

Jennifer:

I will be in the office most of the day today but will be in Tucson tomorrow for a hearing.  Please let us know about this as soon as possible.  Thanks

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas  75230
(214) 587-0108

---

**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Wednesday, August 25, 2021 2:26 PM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>; Heidi McLellan <Heidi@HotelLawyers.com>; John Josefsberg <josefsberg@HotelLawyers.com>
**Subject:** RE: Ramsey Solutions

Jennifer:

Thank you for your email.

Marriott will not agree to resurrect the motion to amend deadline, which passed last December.  If a party believes it has sufficient grounds to amend the pleadings, that party should file an appropriate motion.

Regarding the other deadlines, the reason the parties needed additional time was to schedule and take depositions.  You indicated in a previous email that November and December would be difficult for deposition scheduling.  While important holidays fall over these months, we still anticipate being able to schedule and take depositions in November and December.  Our proposed deadlines extend fact discovery to the end of February, so completing the depositions should not be a problem.

We understand from our local counsel that Judge Trauger requires the trial date to be at least 90 days after dispositive motions have been fully briefed. Per the local rules, the response is due 21 days after the MSJ has been filed, and the reply is due seven days later.   Motions for summary judgment will then be required to be fully briefed by the end of April.  This means we should be aiming for a dispositive motions deadline of April 1, 2022.   Working backwards, we believe the parties should allow at least 30 days between fact and expert discovery cutoff and the dispositive motions deadline.  We propose March 1, 2022 as the fact and expert discovery cutoff.

We are fine with the remaining deadlines.

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas  75230
(214) 587-0108

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Tuesday, August 24, 2021 3:39 PM
**To:** John Josefsberg <josefsberg@HotelLawyers.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>; Tucker, Monica C. <monica.tucker@pillsburylaw.com>
**Subject:** FW: Ramsey Solutions

John,

Below is our proposal for scheduling on dates not already included in the court's order.  Let me know your thoughts.  We will not calendar them until we have an agreement, so do let us know as soon as practicable.

| | |
|---|---|
| Motions to Amend Pleadings. | November 12, 2021 |
| Fact and Expert Discovery Cut-off | March 18, 2022 |
| Daubert Motions | April 15, 2022 |

| | |
|---|---|
| Mediation deadline | April 22, 2022 |
| Dispositive Motions | May 20, 2022 |
| Jury Instructions | July 9, 2022 |

jga

**Jennifer Altman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100 | Miami, FL 33131
t +1.786.913.4880 | m +1.305.606.9778
<u>jennifer.altman@pillsburylaw.com</u> | <u>website bio</u>