**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Tuesday, August 31, 2021 1:54 PM
**To:** Altman, Jennifer
**Cc:** Lapointe, Markenzy; Stephen Zralek; John Josefsberg
**Subject:** RE: Ramsey Solutions

Jennifer:

We do not object to extending deadlines other than amendment of pleadings, which passed nine months ago. We continue to believe that Marriott's proposed deadlines better track what we understand to be the Court's preference for setting the deadline to file dispositive motions, and then working backwards from there. You may note the discrepancies in Ramsey's motion, or we can do so in Marriott's response. Thank you.

|  | Ramsey: | Marriott |
|---|---|---|
| Motions to Amend Pleadings. | November 12, 2021 | N/A; Deadline passed |
| Fact and Expert Discovery Cut-off | March 18, 2022 | March 1, 2022 |
| Daubert Motions | April 15, 2022 | April 15, 2022 |
| Mediation deadline | April 22, 2022 | April 22, 2022 |
| Dispositive Motions | May 20, 2022 | April 1, 2022 |
| Jury Instructions | July 9, 2022 | July 9, 2022 |

John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
(214) 587-0108

---

**From:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Sent:** Tuesday, August 31, 2021 9:08 AM
**To:** John Josefsberg <josefsberg@HotelLawyers.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>
**Subject:** RE: Ramsey Solutions

Our position is that you have agreed to all other deadlines other than amendment of pleadings, which we believe is in bad faith so we are filing a motion to modify the scheduling order including to add amendment of pleadings:

These are the proposed dates:

| Motions to Amend Pleadings. | November 12, 2021 |
|---|---|
| Fact and Expert Discovery Cut-off | March 11, 2022 |

| | |
|---|---|
| Daubert Motions | April 15, 2022 |
| Mediation deadline | April 22, 2022 |
| Dispositive Motions | March 18, 2022 |
| Jury Instructions | July 9, 2022 |

**From:** John Josefsberg <josefsberg@HotelLawyers.com>
**Sent:** Tuesday, August 31, 2021 10:05 AM
**To:** Altman, Jennifer <jennifer.altman@pillsburylaw.com>
**Cc:** Lapointe, Markenzy <markenzy.lapointe@pillsburylaw.com>
**Subject:** RE: Ramsey Solutions

Jennifer- i just returned from a hearing in Tucson and I had to attend to an unexpected personal matter yesterday. I told you I would get back to you no later than today. Can you please send us your motion so we can let you know our position?

Thank you.


John C. Josefsberg
Partner
Rudner Law Offices
12740 Hillcrest Road
Suite 240
Dallas, Texas 75230
214 587-0108



-------- Original message --------
From: "Altman, Jennifer" <jennifer.altman@pillsburylaw.com>
Date: 8/31/21 8:57 AM (GMT-06:00)
To: John Josefsberg <josefsberg@HotelLawyers.com>
Cc: "Lapointe, Markenzy" <markenzy.lapointe@pillsburylaw.com>
Subject: Ramsey Solutions

We will be filing a motion to modify the deadlines including amendment of pleadings. Please advise whether you object to the same. Thanks.

**Jennifer Altman** | Partner
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100 | Miami, FL 33131
t +1.786.913.4880 | m +1.305.606.9778
jennifer.altman@pillsburylaw.com | website bio

AUSTIN  BEIJING  HONG KONG  HOUSTON  LONDON  LOS ANGELES  MIAMI
NASHVILLE  NEW YORK  NORTHERN VIRGINIA  PALM BEACH  SACRAMENTO
SAN DIEGO  SAN DIEGO NORTH COUNTY  SAN FRANCISCO  SHANGHAI
SILICON VALLEY  TAIPEI  TOKYO  WASHINGTON, DC

