# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC, *a Tennessee Limited Liability Company doing business as* Ramsey Solutions, ) ) ) ) | |
| Plaintiff and Counter-Defendant, ) ) | |
| v. ) ) | Civil No. 3:20-cv-00641 Judge Trauger |
| MARRIOTT HOTEL SERVICES, INC., *a Delaware Company*, ) ) ) | |
| Defendant and Counter-Plaintiff. ) | |

## ORDER

The plaintiff has filed a Motion to Modify Scheduling Order (Doc. No. 61), to which the defendant has filed a Response (Doc. No. 64). The motion will be GRANTED IN PART. The following new deadlines will apply to this case:

1. Fact and expert discovery will conclude by March 1, 2022.

2. The parties shall file a joint mediation report by February 1, 2022 that informs the court whether or not they are going to engage in mediation.

3. *Daubert* motions and dispositive motions shall be filed by April 1, 2022.

4. The trial remains set on August 2, 2022.

5. There will be no extension of the amendment deadline, but the court will rule on the pending Motion to Amend Affirmative Defenses to Counterclaim (Doc. No. 54).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge