UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a )<br>RAMSEY SOLUTIONS, )<br>a Tennessee Limited Liability Company, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT HOTEL SERVICES, INC., )<br>a Delaware Corporation; )<br>)<br>    Defendant. )<br>_____)<br>MARRIOTT HOTEL SERVICES, INC., )<br>a Delaware Corporation, )<br>)<br>    Counter-Plaintiff, )<br>)<br>v. )<br>)<br>THE LAMPO GROUP, LLC d/b/a )<br>RAMSEY SOLUTIONS, )<br>a Tennessee Limited Liability Company, )<br>)<br>    Counter-Defendant. )<br>_____/ | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

**UNOPPOSED MOTION FOR ENLARGEMENT
TO RESPOND TO MARRIOTT HOTEL SERVICES, INC'S MOTION FOR
JUDGMENT ON THE PLEADINGS**

    The Lampo Group, LLC d/b/a Ramsey Solutions, by and through counsel, respectfully seeks a fourteen-day extension through **October 8, 2021** within which to respond to Marriott Hotel Services, Inc's Motion for Judgment on the Pleadings [DE 63]. Undersigned has conferred with Marriott's counsel, who has no opposition to an extension.

Respectfully submitted,

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

*Counsel for The Lampo Group, LLC*

/s/ Jennifer G. Altman

# CERTIFICATE OF SERVICE

I certify that I served this document via ECF on **September 21, 2021** on:

Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
RUDNER LAW OFFICES
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

Stephen J. Zralek, No. 18971
BONE MCALLESTER NORTON PLLC
511 Union St., Ste. 1000*
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com
*Counsel for Marriott Hotel Services, Inc.*

/s/ Jennifer G. Altman