# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, ) ) ) ) Plaintiff, ) ) v. ) ) MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation; ) ) ) Defendant. ) ) | Case No. 3:20-cv-00641 Judge Aleta A. Trauger JURY DEMAND |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, ) ) ) Counter-Plaintiff, ) ) v. ) ) THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, ) ) ) ) Counter-Defendant. ) | |

## ORDER GRANTING RAMSEY SOLUTIONS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO JUDGMENT ON THE PLEADINGS

THIS CAUSE came on the parties regarding the Unopposed Motion for Enlargement of Time to Respond to Marriott Hotel Services, Inc's, Judgment on the Pleadings [DE 63] and, after otherwise being duly advised in the premises, it is:

ORDERED AND ADJUDGED:

1. The Motion is **GRANTED.**

2. Ramsey Solutions shall have a fourteen-day extension through **October 8, 2021** within which to respond to Marriott Hotel Services, Inc's Motion for Judgment on the Pleadings [DE 63].

**ORDERED** this 21st day of September, 2021.

_____
Aleta A. Trauger
United States District Court Judge