IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company, | ) ) ) ) | |
| Plaintiff/Counter-defendant, | ) ) | |
| v. | ) ) | Case No. 3:20-cv-00641 Judge Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation, | ) ) ) | |
| Defendant/Counter-plaintiff. | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the Motion to Amend Affirmative Defenses to Counterclaim and Memorandum of Law in Support Thereof ("Motion to Amend") (Doc. No. 54) filed by plaintiff/counter-defendant The Lampo Group, LLC, d/b/a Ramsey Solutions is **GRANTED**, and defendant/counter-plaintiff Marriott Hotel Services, Inc.'s implied motion to strike the proposed Affirmative Defenses as waived or futile is **DENIED**.

The Clerk is **DIRECTED** to docket separately the proposed Affirmative Defenses (now found at Doc. No. 54-1).

During a telephone conference the court conducted with the parties on November 2, 2021, the court indicated that, when issuing this Order ruling on the Motion to Amend, the court would also address Marriott's objections to deposition questions related to the computation of actual damages. For reasons that should be apparent from the Memorandum and this Order, Marriott's

objections to discovery questions relating to the computation of its actual damages is **OVERRULED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge