# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>           Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., A Delaware Corporation.<br>           Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC., A Delaware Corporation,<br><br>           Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>           Counter-Defendant. | |

## NOTICE OF FILING
## OF DECLARATION OF JENNIFER G. ALTMAN IN SUPPORT OF
## RAMSEY SOLUTIONS MOTION FOR PARTIAL SUMMARY JUDGMENT
## (LIQUIDATED DAMAGES)

COMES NOW Plaintiff/Counter-Defendant The Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solutions") by and through its undersigned counsel and hereby files the *Declaration of Jennifer G. Altman in Support of Ramsey Solutions Motion for Partial Summary Judgment (Liquidated Damages)*.

A true and correct copy is attached hereto and marked as **Exhibit A**.

Respectfully submitted,

By: /s/ Jennifer G. Altman
Jennifer Altman, Esq.
(admitted *pro hac*)
Markenzy Lapointe, Esq.
(admitted *pro hac*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

-and-

Ashley E. Cowgill, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

*Counsel for The Lampo Group, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the **1st day of December, 2021**, a true and correct copy of the foregoing was served by CM/ECF notifications to the following parties registered to receive notices in this case:

Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
**RUDNER LAW OFFICES**
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

-and-

Stephen J. Zralek, No. 18971
**BONE MCALLESTER NORTON PLLC**
511 Union St., Ste. 1000
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com

*Counsel for Marriott Hotel Services, Inc.*
*and Marriott International, Inc.*

        /s/ *Jennifer G. Altman*