# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>     Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., A Delaware Corporation.<br>     Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC., A Delaware Corporation,<br><br>     Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>     Counter-Defendant. | |

**PLAINTIFF/COUNTER-DEFENDANT'S NOTICE OF COMPLIANCE OF FILING MANDATORY DESCRIPTION OF EXHIBITS**

COMES NOW Plaintiff/Counter-Defendant The Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solutions") by and through its undersigned counsel and hereby files this Notice of Compliance of the Mandatory Description of Exhibits referenced in *Plaintiff/Counter-Defendant's The Lampo Group LLC's Motion for Partial Summary Judgment Against Defendant/Counter-Plaintiff Marriott Hotel Services, Inc. on its Counterclaim (Liquidated*

*Damages)* **[DE 75]** and *Notice of Filing of Declaration of Jennifer G. Altman In Support of Ramsey Solutions Motion for Partial Summary Judgment (Liquidated Damages)* **[DE 76]**.

### [DE 75] – EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Attachment Exhibit 1 | Declaration of Jennifer G. Altman |
| Exhibit A | Marriott's Initial Rule 26 Disclosures |
| Composite Exhibit B | Responses and Objections to Ramsey Solutions' Second Request for Production of Documents and Second Set of Interrogatories |
| Composite Exhibit C | John Josefsberg's Letters dated June 28, 2021, and October 12, 2021 |
| Exhibit D | Gaylord Palms Agreement and Amendment thereto |
| Exhibit E | Gaylord Texan Agreement |
| Exhibit F | Gaylord Rockies Agreement |
| | |

### [DE 76] – EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Attachment Exhibit 1 | Declaration of Jennifer G. Altman |
| Exhibit A | Marriott's Initial Rule 26 Disclosures |
| Composite Exhibit B | Responses and Objections to Ramsey Solutions' Second Request for Production of Documents and Second Set of Interrogatories |
| Composite Exhibit C | John Josefsberg's Letters dated June 28, 2021, and October 12, 2021 |
| Exhibit D | Gaylord Palms Agreement and Amendment thereto |
| Exhibit E | Gaylord Texan Agreement |
| Exhibit F | Gaylord Rockies Agreement |
| | |

Respectfully submitted,

By: /s/ *Jennifer G. Altman*
Jennifer Altman, Esq.
(admitted *pro hac*)
Markenzy Lapointe, Esq.
(admitted *pro hac*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

-and-

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

*Counsel for The Lampo Group, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the **3rd day of December, 2021**, a true and correct copy of the foregoing was served by CM/ECF notifications to the following parties registered to receive notices in this case:

Steven M. Rudner, appearing *pro hac vice*
John C. Josefsberg, appearing *pro hac vice*
**RUDNER LAW OFFICES**
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
josefsberg@HotelLawyers.com

-and-

Stephen J. Zralek, No. 18971
**BONE MCALLESTER NORTON PLLC**
511 Union St., Ste. 1000
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@bonelaw.com

*Counsel for Marriott Hotel Services, Inc.*
*and Marriott International, Inc.*

/s/ *Jennifer G. Altman*