# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC, *a Tennessee Limited Liability Company doing business as* Ramsey Solutions, ) ) ) ) Plaintiff and Counter-Defendant, ) ) v. ) ) MARRIOTT HOTEL SERVICES, INC., ) *a Delaware Company*, ) ) Defendant and Counter-Plaintiff. ) | Civil No. 3:20-cv-00641 Judge Trauger |

## ORDER

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties on Tuesday, December 14, 2021 at 3:00 p.m. CST. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge