IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC, *a Tennessee Limited Liability Company doing business as* Ramsey Solutions, ) ) ) ) | |
| Plaintiff and Counter-Defendant, ) ) | |
| v. ) ) | Civil No. 3:20-cv-00641 Judge Trauger |
| MARRIOTT HOTEL SERVICES, INC., *a Delaware Company*, ) ) ) | |
| Defendant and Counter-Plaintiff. ) | |

## ORDER

A discovery dispute telephone conference was held with counsel for the parties on December 14, 2021. It is hereby ORDERED that the defendant shall make expert disclosures by December 23, 2021.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge