# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS,<br>a Tennessee Limited Liability Company, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00641 |
| | ) | Hon. Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC.,<br>a Delaware Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| MARRIOTT HOTEL SERVICES, INC.,<br>a Delaware Corporation, | ) ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS,<br>a Tennessee Limited Liability Company, | ) ) ) | |
| | ) | |
| Counter-Defendant. | ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINE
## TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Marriott Hotel Services, Inc., by and through counsel, respectfully seeks a brief extension through January 11, 2022 within which to respond to Lampo Group's motion for partial summary judgment (Doc. 75). Lampo's motion was filed on December 1, 2021, and Marriott's response is presently due on December 22, 2022. Marriott's lead counsel from Dallas recently had a medical procedure, which required time away from work. With the upcoming holidays, Marriott seeks a brief extension through Tuesday, January 11, 2022 within which to respond to the motion.

NSH 2390133.1

Undersigned has conferred with Lampo's counsel, who has no opposition to the requested extension.

Respectfully submitted,

RUDNER LAW OFFICES

/s/ John C. Josefsberg
Steven M. Rudner, admitted *pro hac vice*
John C. Josefsberg, admitted *pro hac vice*
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Telephone: (214) 373-1900
Facsimile: (214) 360-7845
Rudner@HotelLawyers.com
Josefsberg@HotelLawyers.com

and

SPENCER FANE BONE MCALLESTER
Stephen J. Zralek, TN Bar No. 18971
511 Union St., Ste. 1000
Nashville, TN 37219
Telephone: 615.238.6305
szralek@spencerfane.com

*Counsel for Marriott Hotel Services, Inc.*

NSH 2390133.1

## <u>CERTIFICATE OF SERVICE</u>

       I certify that I served a copy of this document via ECF on the following counsel of record on December 15, 2021:

Ashley E. Cowgill, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
500 Capitol Mall, Suite 1800
Sacramento, CA 95814

Jennifer Altman, Esq.
Markenzy Lapointe, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131

                          /s/ Stephen J. Zralek              

NSH 2390133.1