Motion GRANTED.
Extension to 1/11/2022.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>    Defendant.<br>_____<br>MARRIOTT HOTEL SERVICES, INC., a Delaware Corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a RAMSEY SOLUTIONS, a Tennessee Limited Liability Company,<br><br>    Counter-Defendant. | Case No. 3:20-cv-00641<br>Hon. Aleta A. Trauger |

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

Marriott Hotel Services, Inc., by and through counsel, respectfully seeks a brief extension through January 11, 2022 within which to respond to Lampo Group's motion for partial summary judgment (Doc. 75). Lampo's motion was filed on December 1, 2021, and Marriott's response is presently due on December 22, 2022. Marriott's lead counsel from Dallas recently had a medical procedure, which required time away from work. With the upcoming holidays, Marriott seeks a brief extension through Tuesday, January 11, 2022 within which to respond to the motion.

NSH 2390133.1