IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC, *a Tennessee Limited Liability Company doing business as* Ramsey Solutions, ) ) ) ) | |
| Plaintiff and Counter-Defendant, ) ) | |
| v. ) ) | Civil No. 3:20-cv-00641 Judge Trauger |
| MARRIOTT HOTEL SERVICES, INC., *a Delaware Company*, ) ) ) | |
| Defendant and Counter-Plaintiff. ) | |

**ORDER**

The defendant has filed a Motion to Strike The Lampo Group's Motion for Partial Summary Judgment (Doc. No. 82), to which the plaintiff has filed a response (Doc. No. 83). It is, indeed, curious that the defendant, only now, is bringing to the plaintiff's attention and to the court's attention that the plaintiff's Motion for Partial Summary Judgment, filed on December 1, 2021 (Doc. No. 75), is not in compliance with Local Rule 56.01(b), especially since a telephone conference was held with counsel for the parties on December 15, 2021 and the defendant sought and received an extension of time to respond to the Motion for Partial Summary Judgment (Doc. Nos. 80, 81).

The plaintiff did not file a motion to be excused from complying with Local Rule 56.01(b) when it filed its original motion, and it is not clear to the court that such would have been granted in any case. It is therefore ORDERED that the plaintiff shall comply with Local Rule 56.01(b) by January 4, 2022.

The defendant's Motion to Strike (Doc. No. 82) is DENIED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge