UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS, a Tennessee Limited<br>Liability Company,<br><br>            Plaintiff,<br><br>v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br>A Delaware Corporation,<br>            Defendant. | Case No. 3:20-cv-00641<br>Judge Aleta A. Trauger |
| MARRIOTT HOTEL SERVICES, INC.,<br>A Delaware Corporation,<br><br>            Counter-Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC d/b/a<br>RAMSEY SOLUTIONS, a Tennessee Limited<br>Liability Company,<br><br>            Counter-Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant The Lampo Group, LLC d/b/a Ramsey Solutions ("Ramsey Solutions") and Defendant/Counter-Plaintiff Marriott Hotel Services, Inc. submit their Joint Stipulation of Dismissal with Prejudice of all claims, counterclaims, issues and defenses raised in the above-styled action, with each party bearing their own attorneys' fees and costs.

Respectfully submitted,

/s/ *Jennifer G. Altman*
Jennifer Altman, Esq.
(admitted *pro hac vice*)
Markenzy Lapointe, Esq.
(admitted *pro hac*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
600 Brickell Avenue, Suite 3100
Miami, FL 33131
jennifer.altman@pillsburylaw.com
markenzy.lapointe@pillsburylaw.com

-and-

Ashley E. Cowgill, Esq.
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
500 Capitol Mall, Suite 1800
Sacramento, CA 95814
ashley.cowgill@pillsburylaw.com

*Counsel for The Lampo Group, LLC*

*/s/Steven M. Rudner*
Steven M. Rudner, Esq.
(admitted *pro hac vice*)
John C. Josefsberg, Esq.
(admitted *pro hac vice*)
**RUDNER LAW OFFICE**
12740 Hillcrest Road, Suite 240
Dallas, TX 75230
Rudner@HotelLawyers.com
Josefsberg@HotelLawyers.com

-and-

Stephen J. Zralek, No. 18971
**SPENCER FANE BONE MCALLESTER**
511 Union St., Ste. 1000
Nashville, TN 37219
Telephone: (615) 238-6305
Facsimile: (615) 687-2763
szralek@spencerfane.com

*Counsel for Marriott Hotel Services, Inc. and Marriott International, Inc.*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document via ECF on January 10, 2022 on:

    Ashley E. Cowgill, Esq.
    ashley.cowgill@pillsburylaw.com
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    500 Capitol Mall, Suite 1800
    Sacramento, CA 95814

    Jennifer Altman, Esq.
    jennifer.altman@pillsburylaw.com
    Markenzy Lapointe, Esq.
    markenzy.lapointe@pillsburylaw.com
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    600 Brickell Avenue, Suite 3100
    Miami, FL 33131

                                          /s/ Stephen J. Zralek

2411297v.1